**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

SAMUEL K. JACOBS, ET AL

Case: 1 :07-CV-01802 *RBW*

V.

VIJAY PATEL, ET AL

## RETURN OF SERVICE UNDER OATH OF OFFICE
## AFFIDAVIT OF SERVICE

I, CLAUDE VILLENEUVE, a sworn Bailiff practicing my profession in the Province of Quebec, a member in due course of the Chambre des huissiers de justice du Québec, having my office at 511, Place d'Armes, suite 800, in the City of Montreal, Province of Quebec, Canada, being under my oath of office, DO DECLARE:

1-    THAT I am over twenty-one years old and not party of this action.

2-    THAT I am a court bailiff, being an Officer of justice duly qualified and authorized by the laws of the Province of Quebec to effect service of legal process in and within the limits of the said Province.

3-    THAT I did on Saturday, the 13ᵗʰ day of October, 2007 at 10:00 a.m., personally serve a copy of a **SUMMONS, COMPLAINT FOR CONSPIRACY UNDER RACKETEERING INFLUENCED AND CORRUPT ORGANIZATIONS ACT (RICO AND THREATS AGAINST THE UNITED STATES AND JURY TRIAL DEMANDED (AMENDED VII & FRCP RULE 38) AND EXHIBITS**

upon:
VIJAY PATEL, one of the defendants in this action, therein named, by speaking to and leaving the same thereof for him with him, in person at his said domicile, to wit:

at 4576, Felix-Leclerc Avenue, in the City of Saint-Laurent, Province of Quebec, Canada.

4-    THAT the said VIJAY PATEL accepted the proceeding so served.

5-    THAT the said VIJAY PATEL identified himself by means of verbal acknowledgement.

SWORN TO BEFORE ME,
in the city and judicial district of Montreal
in the Province of Quebec, Canada
this 23 ⁴ᵗʰ day of October, 2007

AND I HAVE SIGNED,

Notary in and for the Province of Québec
my commission is for life

CLAUDE VILLENEUVE
Bailiff of Justice

**RECEIVED**
DEC 1 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | October 22, 2007 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Claude Villeneuve | Bailiff of justice |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant.  Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL 30 Km | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  October 13, 2007
　　　　　　　　　Date

Signature of Server

Claude Villeneuve
511, place d'Armes, suite 800
Montreal, Quebec H2Y2W7
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

CAUSE : 07-CV-01802

v/d : .

**SAMUEL K. JACOBS ET AL**
PLAINTIFF(S)
AND
**VIJAY PATEL ET AL**
DEFENDANT(S)

| | | |
|---|---|---|
| Service | 18,00 $ | (1) |
| Hourly Rate | 40,00 $ | (1) |
| Kilométrage | 41,10 $ | (1A) |
| Frais de Notaire | 15,00 $ | (2) |
| Preparation of the Affidavit | 10,00 $ | (3) |
| SOUS-TOTAL | 124,10 $ | |
| TPS | 0,00 $ | |
| TVQ | 0,00 $ | |
| TOTAL | 124,10 $ | |

**Paquette & Associates, Bailiffs of Justice,** having their main head office of business at 511 PLACE D'ARMES, bureau 800, MONTREAL, QC, CANADA, H2Y 2W7, is advising you that a charge has been added to your account with regard to the following matters :

for DRAWING UP the AFFIDAVIT, KILOMETERS and for SERVICE of the following document(s) :

AN ORIGINAL OF A  "SUMMONS, A COMPLAINT FOR CONSPIRACY UNDER RACKETEERING INFLUENCED AND CORRUPT ORGANIZATIONS ACT (RICO) AND THREATS AGAINST THE UNITED STATES AND JURY TRIAL DEMANDED (AMENDED VII & FRCP RULE 38) ADN EXHIBITS"

upon **DILIP PATEL.**

If you require further information, feel free to contact your customer service representative MONA LAM.

Montreal, 22 octobre 2007.





LUC LEONARD, huissier de justice
Permis # 900



a/s : NANCY  M. KECKERMAN
OFFICES OF SAMUEL K. JACOBS (6272)

(U POSTE) CHOSO 4 R64 E1017 l1022-17:18 REF:409622-1-2-1

No Engr. T.P.S. :   R122687056          No Engr. T.V.Q. :   1013245793

SE

**PAQUETTE**
**& ASSOCIÉS** s.e.n.c.
Huissiers de justice

CANADA, PROVINCE DE QUEBEC

CAUSE : 07-CV-01802

v/d : .

**SAMUEL K. JACOBS ET AL**
PLAINTIFF(S)
AND
**VIJAY PATEL ET AL**
DEFENDANT(S)

| | |
|---|---|
| Service | 18,00 $ (1) |
| Hourly Rate | 40,00 $ (1) |
| Kilométrage | 41,10 $ (1A) |
| Frais de Notaire | 15,00 $ (2) |
| Preparation of the Affidavit | 10,00 $ (3) |
| SOUS-TOTAL | 124,10 $ |
| TPS | 0,00 $ |
| TVQ | 0,00 $ |
| TOTAL | 124,10 $ |

**Paquette & Associates, Bailiffs of Justice,** having their main head office of business at 511 PLACE D'ARMES, bureau 800, MONTREAL, QC, CANADA, H2Y 2W7, is advising you that a charge has been added to your account with regard to the following matters :

for DRAWING UP the AFFIDAVIT, KILOMETERS and for SERVICE of the following document(s) :

AN ORIGINAL OF A "SUMMONS, A COMPLAINT FOR CONSPIRACY UNDER RACKETEERING INFLUENCED AND CORRUPT ORGANIZATIONS ACT (RICO) AND THREATS AGAINST THE UNITED STATES AND JURY TRIAL DEMANDED (AMENDED VII & FRCP RULE 38) ADN EXHIBITS"

upon **DILIP PATEL.**

If you require further information, feel free to contact your customer service representative MONA LAM.

Montreal, 22 octobre 2007.

COPIE POUR VOTRE COMPTABILITÉ

LUC LEONARD, huissier de justice
Permis # 900

a/s : NANCY M. KECKERMAN
OFFICES OF SAMUEL K. JACOBS (6272)

(U POSTE) CHOSO 4 R64 E1017 I1022-17:18 REF:409622-1-2-1

No Engr. T.P.S. :  R122687056

No Engr. T.V.Q. :  1013245793

SE



PAQUETTE
& ASSOCIÉS s.e.n.c.
Huissiers de justice