UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

SAMUEL K. JACOBS, ET AL                                  Case: 1:07-CV-01802 *RBW*

V.

VIJAY PATEL, ET AL

---

### RETURN OF SERVICE UNDER OATH OF OFFICE
### AFFIDAVIT OF SERVICE

I, LUC LÉONARD, a sworn Bailiff practicing my profession in the Province of Quebec, a member in due course of the Chambre des huissiers de justice du Québec, having my office at 511, Place d'Armes, suite 800, in the City of Montreal, Province of Quebec, Canada, being under my oath of office, DO DECLARE:

1-   THAT I am over twenty-one years old and not party of this action.

2-   THAT I am a court bailiff, being an Officer of justice duly qualified and authorized by the laws of the Province of Quebec to effect service of legal process in and within the limits of the said Province.

3-   THAT I did on Wednesday, the 17th day of October, 2007 at 08:35 a.m., personally serve a copy of a **SUMMONS, COMPLAINT FOR CONSPIRACY UNDER RACKETEERING INFLUENCED AND CORRUPT ORGANIZATIONS ACT (RICO AND THREATS AGAINST THE UNITED STATES AND JURY TRIAL DEMANDED (AMENDED VII & FRCP RULE 38) AND EXHIBITS**

upon:
DILIP PATEL, one of the defendants in this action, therein named, by speaking to and leaving the same thereof for him with him, in person at his said domicile, to wit:

at 1135, Du Phare Street, in the City of Laval, Province of Quebec, Canada.

4-   THAT the said DILIP PATEL accepted the proceeding so served.

5-   THAT the said DILIP PATEL identified himself by means of verbal acknowledgement.

SWORN TO BEFORE ME,                                      AND I HAVE SIGNED,
in the city and judicial district of Montreal
in the Province of Quebec, Canada
this 23rd day of October, 2007

_____                                _____
A Notary in and for the Province of Québec               LUC LÉONARD
my commission is for life                                Bailiff of Justice

---

**RECEIVED**

DEC 10 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

§AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE October 22, 2007 |
| NAME OF SERVER (PRINT) LUC LEONARD | TITLE Bailiff of justice |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL 30 Km | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on October 17, 2007        [signature]
           Date                     Signature of Server

Luc Leonard
511, place d'Armes, suite 800
Montreal, QC  H2Y 2W7 Canada
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.