CO 538
Rev. 12/07

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

JACOBS et al
_____
Plaintiff(s)

vs.                                                                                    Civil Action No. 1:07-cv-01802-RBW

PATEL et al
_____
Defendant(s)

### AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this __20 th__ day of __MARCH__, __2008__, that I am the ~~attorney~~ *PRO SE* of record for the plaintiff in the above-entitled case; that the defendant(s) **VIJAY PATEL**
was [were] (select one):

☑   personally served with process on __OCTOBER 13, 2007__.

☐   served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee):_____.

☐   served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee): _____.

☐   The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is: __4(f)(2)(c)(i) personally in Canada__.

I further certify under penalty of perjury that: no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); (select one)

☑   no extension has been given and the time for filing has expired
☐   although an extension has been given, the time for filing has expired;

and the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

_____
~~Attorney for~~ Plaintiff(s) [signature]

2300 M ST. NW
SUITE 838
WASHINGTON, D.C. 20037
202-416-1753
SJNHJACOBS@MSN.COM

_____                                 Name, Address and Telephone Number
Bar Id. Number

CO 538
Rev. 12/07

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

JACOBS et al
_____
Plaintiff(s)

vs.

Civil Action No. 1:07-cv-01802-RBW

PATEL et al
_____
Defendant(s)

## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this __20 th__ day of __MARCH__, __2008__, that I am the attorney **PRO SE** of record for the plaintiff in the above-entitled case; that the defendant(s) DILIP PATEL was [were] (select one):

☑ personally served with process on __OCTOBER 17, 2007__.

☐ served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee):_____.

☐ served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee): _____.

☐ The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is: __4(f)(2)(c)(i) personally in Canada__.

I further certify under penalty of perjury that: no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); (select one)

☑ no extension has been given and the time for filing has expired
☐ although an extension has been given, the time for filing has expired;

and the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

_____
Attorney for Plaintiff(s) [signature]

2300 M STREET NW
SUITE 838
WASHINGTON, DC 20037
202-416-1753
SJNHJACOBS@MSN.COM

_____
Bar Id. Number

Name, Address and Telephone Number

**RECEIVED**
MAR 2 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL K. JACOBS, et al, <br><br> PLAINTIFFS, <br> v. <br><br> VIJAY PATEL, et al, <br><br> DEFENDANTS. | CASE NO.: 1:07CV01802 <br><br> HONORABLE JUDGE: <br> REGGIE B. WALTON <br><br><br> NOTICE TO ATTACH AFFIDAVIT FOR DEFAULT JUDGMENT |

### NOTICE TO ATTACH AFFIDAVIT FOR DEFAULT JUDGMENT

COMES NOW the Plaintiffs Samuel K. Jacobs and Nancy Heckerman who hereby plead the Court to accept this documents entitled: "AFFIDAVIT IN SUPPORT OF DEFAULT" and "DEFAULT" which should have been attached to the Plaintiffs' pleadings entitled "PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT" which were filed on February 21, 2008, but which were omitted through inadvertent error . Plaintiffs state the following, to-wit:

1. That the "PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT" was filed on February 21, 2008, and the unintentional deletion of the Plaintiffs' Affidavit and the form entitled "DEFAULT" was not discovered until the notification by the Court.

2. That Plaintiffs run copies of the Docket Sheets every day and run copies of the Monday, Wednesday, and Friday, and until today, March 21, 2008, to the best of Plaintiffs' knowledge, no response, pleading or other filing was noted as having been submitted to the Court by either Defendant Vijay Patel or Defendant Dilip Patel.

3. That the Plaintiffs have not received any filings or pleadings from the Defendants since this lawsuit was filed at their office, but they still receive sometime as many as 37 telephone calls a

day from these Defendants. Plaintiff Jacobs told them after the lawsuit was filed to answer through their own attorney for their protection, and to stop the telephone calls.

4. That Defendant Vijay Patel told the Plaintiffs to give him money for the attorney to defend this case. Defendant Vijay Patel also asked Plaintiff Jacobs to be his attorney and to defend him in this lawsuit.

5. That today, March 21, 2008, for the first time ever, the Docket Sheet for this case showed a copy of a document which Plaintiffs can only assume came from one of the Defendants, and which is dated January 17, 2008. Plaintiffs would like to know why this document is just no appearing, and why they never received a copy of it from the Defendants.

6. That Defendant Vijay Patel has stated that *"No events occurred in Washington, D.C."* However, the Plaintiffs have submitted proof of his wire fraud and mail fraud which was directly made to the Plaintiffs' office in the District of Columbia. Wire fraud are only part of the means by which these Defendants have committed their criminal acts, and these wire frauds are interstate and foreign RICO violations as stated in the Complaint.

7. That to support this allegation, Plaintiffs submit a new document, 'Exhibit D,' and incorporate it herein, which was sent by Defendant Vijay Patel to their fax in their D.C. office. In this fax Defendant Vijay Patel asked the Plaintiffs to pay for his telephone bills in Canada.

8. That in that fax, and later in a telephone conversation, Defendant Vijay Patel claims that the Plaintiffs should pay the bill because this is one of the telephones which he has used to make those many calls to threaten and harass the Plaintiffs, their office staff, and other associates in the District of Columbia as well as other States. This is a direct admission of contact with the District of Columbia through wire fraud, Title 18 U.S.C.A. § 1343 (Fraud by wire, radio, or television).

9. That Plaintiffs assert that Defendant Vijay Patel's statements and his "defense" are contradictory, distorted and perverted. Plaintiffs state that other parties in this local area are not only conspiring with these Defendants, but orchestrating some of their actions in this case and this further proves the extent of the involvement for this venue. The Plaintiffs will obtain that evidentiary and condemning proof through proper channels.

10. That Plaintiffs believe that these Defendants are in direct contact and are assisting those other parties who perform business and legal transactions in the District of Columbia and who have violently threatened our staff at our office in the District of Columbia.

WHEREFORE, the Plaintiffs pray that the Honorable Court not be deceived that the Defendants have not been allowed the proper time to submit their defense and arrange for counsel to defend them in this cause. These Defendants, especially Vijay Patel who know the laws of this country having once lived here for a number of years, and Dilip Patel who works for an American airline, are not innocent or truthful in their denial of this lawsuit, and the Plaintiffs plead that this Default judgment be granted in order to proceed with the next steps in this case; and,

That the Plaintiffs pray that the Court allow the submission and attachment of: 1) the "AFFIDAVIT IN SUPPORT OF DEFAULT"; 2) the document entitled: "DEFAULT"; and, 'Exhibit D' in support of this default judgment, and that said Default judgment be granted.

Dated this 21th day of March, 2008.

Respectfully submitted,

*[signature]*

Nancy Heckerman, Plaintiff
OFFICES OF SAMUEL K. JACOBS
2300 M Street NW, Suite 838
Washington, D.C. 20037
Telephone: 202-416-1753
E-mail: sjnhjacobs@msn.com

# AFFIDAVIT

I declare under penalty of perjury, that to the best of my knowledge, the foregoing is true and correct. Executed on March 21, 2008 (Date).

NANCY HECKERMAN   (Print Name), and

_[signature]_ (Signature).

That Nancy Heckerman, being first duly sworn, deposes and says:

I.

KNOW ALL MEN BY THESE PRESENTS, that I, Nancy Heckerman, a Plaintiff in Case Number: 1:07cv1802, *Samuel K. Jacobs, et al, v. Vijay Patel, et al,* do hereby state that this case was filed on October 5, 2007, and the Defendants Vijay Patel and Dilip Patel were personally duly served, and have never sent any correspondence to either Plaintiff in this cause regarding this case.

II.

Defendant Vijay Patel has stated that he has contacts in the Washington, D.C. area, and these contacts will harm my family. Defendants have even contacted members of my family in more than one State in the United States. He has stated that he has obtained other personal information and will come to the United States and that Plaintiff Samuel Jacobs had better hide.

III.

I sincerely believe that Vijay Patel has every intention of harming my family and me through the numerous e-mails, faxes, and telephone calls made to our office in the District of Columbia as well as our cell phones with Maryland area codes.

IV.

I believe that these Defendants are in direct contact and are assisting other persons who perform business and legal transactions in the District of Columbia and who have violently threatened our staff at our office in the District of Columbia.

V.

Vijay Patel has also stated that he has other associates in the U.S. who will harass us with unfounded and untrue statements and that he, as well as his other coconspirator outside of this complaint, and both these Defendants and other parties have made the same similar statements that they will contact the District of Columbia police department to come to our office and arrest us.

VI.

Vijay Patel has already been recorded impersonating an officer of the Royal Canadian Mounted Police and this evidence has been submitted to that agency for investigation.

VII.

I believe that Vijay Patel may not legally be allowed to enter the United States because of some past actions which caused him to leave the United States and live in Canada, and that he is a danger not only to us but to the United

States due to his hatred of the United States, and also because of his declared associations with the Al Qaeda whom he has stated will assist him in his acts of aggression against us and the United States.

Affidavit pursuant to **Title 28 United States Code Annotated §1746.  Unsworn declarations under penalty of perjury.**

See *Dickinson v. Wainwright*, 626 F.2nd. 1184, held that petition, which contained statement "I declare that under penalty of perjury that the foregoing is true and correct" above petitioner's signature, was sufficient even though certificate of oath may have been defective. One who subscribes to a false statement under penalty of perjury pursuant to federal statute may be charged with perjury just as if statements were made under oath. **Title 18 U.S.C.A. §1621; Title 28 U.S.C.A. §1746.**

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2008, I caused the foregoing "NOTICE OF MOTION TO ATTACH AFFIDAVIT FOR DEFAULT JUDGMENT" to be served by First Class U.S. Mail, or its equivalent to a foreign country: which was filed in the United States District Court for the District of Columbia, Case Number: 1:07cv1802 RBW to the following Defendants:

**VIJAY PATEL**
4576 Felix-LeClerc,
Ville-Laurent, Quebec H4R-2R2,
Canada; and,

**DILIP PATEL**
1135 Du Phare ST.
Leval, Quebec H7R- 6H5
Canada

_____
Samuel K. Jacobs, Plaintiff

OFFICES OF SAMUEL K. JACOBS
2300 M Street NW, Suite 838
Washington, D.C. 20037
Telephone: 202-416-1753
E-mail: sjnhjacobs@msn.com

# Fax



**To:** SAMUEL K. JACOBS  **From:** VIJAY PATEL

**Fax:**   **Pages:**

**Phone:** 202-293-3083  **Date:** Wed Nov. 21st/06

**Re:**   **CC:**

☒ Urgent  ☐ For Review  ☐ Please Comment  ☐ Please Reply  ☐ Please Recycle

**Comments:**

ATTN: THESE ARE DOCUMENTS I RECEIVED FROM COLLECTIONS. PLEASE FEEL FREE TO CALL THEM. YOU WILL KNOW MY SITUATION.

VIJAY

---

Mon. 12/4 @ 10:08 AM

Sam Jacobs,
Jon Philip JAGONS of Royal Mounted Police
(800-926-1061)
Urgent — pls call — you are not responding to your V/M messages

'EXHIBIT D'

Le 14 novembre 2006

Québec Permis/Permit 400068
Agence de recouvrement TCR Ltée
4455 Autoroute Laval (440) Ouest
Suite 200, Laval, Qc
H7P 4W6
Tel: (450) 680-1800
Fax: (450) 680-1800
1-888-331-5222

VIJAY PATEL
4576 FELIX LECLERC ST
SAINT-LAURENT PQ H4R 2R2

Re: BELL MOBILITE-CELL #0020021653
Balance Dûe:   957.51$ + Intérêt
Référence: 5757539

## AVIS DE RÉCLAMATION

Monsieur, Madame,

Votre compte en souffrance nous a été confié pour fin de perception et requiert votre attention immédiate.

Ce compte accuse un sérieux retard et votre paiement en entier est requis pour règlement

Le débiteur aura avantage à connaître la loi sur le recouvrement de certaines créances et, au besoin, à communiquer avec l'office de la Protection du consommateur.

Bien à vous,

AGENCE DE RECOUVREMENT T.C.R. LTÉE
(450) 680-1800   1-888-331-5222

---

Détachez ici et retourner avec le paiement.                                    Montant payé: $

VIJAY PATEL                                                    S.V.P. assurez-vous d'indiquer votre numéro de référence sur le chèque.

5757539
Numéro de compte:

☐ Chèque au montant de ___
(Veuillez faire le chèque payable à l'Agence de Recouvrement TCR, Ltée)
☐ VISA
☐ MasterCard

PAYABLE À TOUTES LES BANQUES OU
CAISSES POPULAIRES ORGANISATION SIPC951

PAYABLE TO ALL BANKS OR
CAISSES POPULAIRES ORGANISATION SIPC951

No. de VISA/MasterCard.  Date d'expiration: ___

Détenteur de
la carte nom: ___
Détenteur de
la carte: ___

À noter:
Si vous payez par VISA/MasterCard, votre versement, sur votre relevé de compte, sera indiqué au nom de Mme. Deanna L. Natale, l'avocat de l'agence Total Credit.

⑯057575394⑯ ⦂12052⦂900⦂



Québec Permis/Permit 400068
Agence de recouvrement TCR Ltée
Suite 290, Laval, Qc
H7P 4W6
Tel: (450) 680-1800
Fax: (450) 680-1900
1-888-331-5222

Le 14 novembre 2006

VIJAY PATEL
4576 FELIX LECLERC ST
SAINT-LAURENT PQ H4R 2K2

De: BELL MOBILITE CELL #0020021652
Balance Due: 957.51$ + Intérêt
Référence: 5757539

## AVIS DE RÉCLAMATION

Monsieur, Madame,

Votre compte en souffrance nous a été confié pour fin de perception et requiert votre attention immédiate.

Ce compte accuse un sérieux retard et votre paiement en entier est requis pour règlement.

Le débiteur aura avantage à connaître la loi sur le recouvrement de certaines créances et, au besoin, à communiquer avec l'office de la Protection du consommateur.

Bien à vous,

AGENCE DE RECOUVREMENT T.C.R. LTÉE
(450) 680-1800    1-888-331-5222

---

Détachez ici et retourner avec le paiement.

Montant payé: $ _____

S.V.P. assurez-vous d'indiquer votre numéro de référence sur le chèque.

VIJAY PATEL
4576 FELIX LECLERC ST
SAINT-LAURENT PQ H4R 2K2

VEUILLEZ PAYER CE MONTANT: 957.51$ + Intérêt

MONTANT PAYÉ:

5757539
Numéro de compte:

☐ Chèque au montant de: _____ ci-inclus
(Veuillez faire le chèque payable à l'Agence de Recouvrement TCR Ltée)
☐ VISA
☐ MasterCard

No. de VISA/MasterCard: _____  Date d'expiration: _____

PAYABLE À TOUTES LES BANQUES OU
CAISSES POPULAIRES ORGANISATION SIP-C951
PAYABLE TO ALL BANKS OR
CAISSES POPULAIRES ORGANIZATION SIP-C951

Détenteur de la carte nom: _____
Détenteur de la carte: _____

À noter:
Si vous payez par VISA/MasterCard, votre versement, sur votre relevé de compte, sera indiqué au nom de Mme. Donna L. Natale, l'avocat de l'agence Total Credit.

⑃05757539⑃  ⑈17052⑈900⑈

**Macquarie Financial Limited**
20 Toronto Street, 10th Floor
Toronto, ON M5C 2B8

Telephone 1 (416) 861 1315
Facsimile 1 (416) 861 8484

November 10, 2006

Vijay Patel
Nayna Patel
4576 Felix Leclerc Ave
St Laurent, Quebec H4R 2R2


MACQUARIE

Dear Sir/Madam,

RE: Macquarie Financial Reference No: 8001000047621
Property Address: 4576 Felix Leclerc Ave, St Laurent QC H4R 2R2

Please be advised that your mortgage account is overdue in the amount of $1624.80 for the payment due *November 6, 2006 plus* late charges incurred.

Payment must be remitted to our office in the form of certified cheque or money order no later then 7 days from the date of this letter. Failure to comply with this request will result in legal action at your expense.

Please make payable to Macquarie Financial Ltd., noting your Reference No. on the front of the payment to:

Macquarie Financial Ltd.
20 Toronto St. 10th Floor
Toronto, ON M5C 2B5.

If you have already made arrangements, please disregard this letter.

Thank you for your co-operation.

Sincerely,

Nahun Espinoza x 248
Macquarie Financial Ltd.
1 877 462-3788

Macquarie Financial Ltd. (MFL) is not an authorized deposit taking institution for the purposes of the Banking Act (Cwth) 1959. MFL's obligations do not represent deposits or other liabilities of Macquarie Bank Limited ABN 46 008 583 542 (MBL). MBL does not guarantee or otherwise provide assurance in respect of the obligations of MFL, unless noted otherwise. MFL is not regulated as a bank or other financial institution or as a holding company thereof.

# VIJAY PATEL

## FACSIMILE TRANSMITTAL SHEET

TO: Sameul K. Jacobs    FROM: Vijay Patel

DATE: April 21st/2006

FAX NUMBER: 202-293-3083    TOTAL NO. OF PAGES INCLUDING COVER: 2

PHONE NUMBER: 514-334-4078 / 514-917-0825

RE: Promissory Note / Payment

☐ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

Attention

Name and address of account holder:
VIJAY PATEL
TD CANADA TRUST          Beneficiary
3131 Cote-Verlu West
Ville St-Laurent, Quebec  H4R-1Y8
Montreal
Account Number: 7120116
ABA Number: 026009593
Institution # 004
Branch # 03611

Swift Code: TDOMACATTTOR
DESIGNATION # 8262

...icer at the bank suggested that the funds be transferred to the ...
of Columbia Routing Number because all international funds for this region
are remitted first through this routing number and then forwarded to the
various branches.
The           routing number for the

Sincerely Yours,

[signature]

                              Proceeds

2300 M STREET NW, SUITE 800, WASHINGTON, D.C. 20037