Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SAMUEL K. JACOBS, ET AL.,

    Plaintiff(s)

  v.

Civil Action No. 07-1802 RBW

VIJAY PATEL, ET AL.,

    Defendant(s)

RE: DEFENDANTS VIJAY PATEL and DILIP PATEL

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on 10/17/07 and 10/13/07, and an affidavit on behalf of the plaintiff having been filed, it is this 26th day of March, 2008 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: /s/ Tawana Davis
    Deputy Clerk