# Plead to the Court

1. This court should dismiss this law suit. All of the all alleged act took place in Canada. No events occurred in Washington D.C. I have never visited Washington D.C. as of today.

2. The court should order for investigation on Samuel K Jacobs and Nancy M Heckerman for fraudulent act occurring against the accused and others internationally.

3. The court should order to investigate identifications fraud of Mr. Samuel K Jacobs and Nancy M Heckerman. As well, Mr. Samuel K Jacobs and Nancy M Heckerman need to be investigated for their residence addresses and what sort of businesses being run from these addresses.

07cv1802

**RECEIVED**

JAN 17 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**Samuel K. Jacobs, et al.,**

        Plaintiff(s),

        vs.                       Civil Case No: **07-182 (RBW)**

**Vijay Patel, et al.,**

        Defendant(s).

## NOTICE REGARDING BULKY EXHIBIT

Pursuant to the procedures for filing documents electronically, as outlined in the previous Order of the Court, this Notice serves as notification that an exhibits have been filed to plaintiff's Notice filed 3/13/08 in paper form in the Clerk's Office. It is available for public viewing and copying between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday.

                                              **NANCY MAYER-WHITTINGTON**

                                                          Clerk

**Date:** 3/13/08