*Accept for filing as part of the defendant's answer*
*Judge Wallis 5/16/08*

07 cv 1802
RBW

# **Plead to the Court**

1. This court should dismiss this law suit. All of the alleged act took place in Canada. No events occurred in Washington D.C. I have never visited Washington D.C. as of today.

2. The court should order for investigation on Samuel K Jacobs and Nancy M Heckerman for fraudulent act occurring against the accused and others internationally.

3. The court should order to investigate identifications fraud of Mr. Samuel K Jacobs and Nancy M Heckerman. As well, Mr. Samuel K Jacobs and Nancy M Heckerman need to be investigated for their residence addresses and what sort of businesses being run from these addresses.

Journey with Jacobs

Samuel K Jacobs was introduced to me by Mr. Dilip Patel sometime in September at the Montreal Pierre Trudeau International Airport. Samuel K. Jacobs introduced himself as lawyer and gave a brief summary of him.

Samuel K Jacobs states "He is a lawyer in the District of Columbia working to the United Stated Government". Having said, he also states that he is a businessman and owns many types of businesses. Such businesses as Air Craft leasing, Diamond trading, oil trading, currency exchange, and real estate properties. Samuel K Jacobs advised that he will be returning to Canada for his business and he will contact us. Samuel K. Jacobs left.

Samuel K. Jacobs returned to Montreal sometime in October and had stayed in downtown Montreal at the Hilton hotels. I had met Samuel K. Jacobs that evening with Mr. Dilip Patel in the hotel lobby. Samuel K Jacobs started that he is here for a meeting with the Royal Bank at Place Ville Marie. He started to state that he was born in Israel with an East Indian father and Jewish mother, and had move to UK early in his child hood. He states that he was in the UK military and was a fighter pilot and one of the best. United States requested his services for the war in Japan. He had accepted and arrived in the United States and accepted the offer. The United States government made him a citizen in the plane when he arrived. As per Samuel K Jacobs, being in the military for the United States, it is mandatory. He detailed events during the war which sound very believable. After hearing from Samuel k Jacobs for about 2 hours of his life story, he then interrupted himself and said he will be back. He had to go to his room and take medication because he had some leg injury which he showed us. After returning he continued with the story on how the injury occurred with his leg. The leg injury occurred because of the war in Iraq. He detailed the story of the occurrence. Samuel K Jacobs called my cellular the next morning. He requested to meet with me. I told him that I am available only after 2:00pm because of my restaurant and I will check with Mr. Dilip when he is available as we had gone together.

Mr. Dilip and I had gone to the hotel in the evening to meet with Samuel K Jacobs as he had requested. I asked Samuel K Jacobs how the meet went at Place Ville Marie. He replied that the meeting was cancelled due to some documentation issues. Samuel K Jacobs states that he is very much interested in starting up an airline in Canada and according our ideas he is very much interested in investing in the airline project. He will financially support us 100%. Mr. Dilip, out-front, clarified that myself and Dilip did not have any type of financial resource to even think of going forward with this type of project. Mr.Dilip elaborated that this is a type of project that require millions of dollar to start up which we can't even think about. Mr.Dilip states that we are absolutely interested in this project but only thing we can contribute is our IDEAS, EXPERIENCE, and EMPLOYMENT. Mr.Dilip explained his financial status. I then explained my financial status. Mr. Samuel K Jacobs said money is no object. He has millions of dollars and business to support the investment. What he requires from us is our airline experience and being a Canadian. After that he will manage the rest. Mr. Jacobs states that we will both have to give up jobs and concentrate on the airline project. Mr.Dilip asked him, what is the guarantee that after we resign from our jobs, this project will support our income? Mr. Samuel K Jacobs guaranteed that he will employ us into his existing company

guaranteeing $100,000.00us per year for 5 years. He can setup a guarantee letter and put the $500,000.00 in the trust account which will be divided by month for 60 months as per our salary. Mr.Dilip requested for this guarantee first prior to resignation to our existing employer. Mr. Samuel K Jacobs advised that he is flying back to D.C tomorrow morning and will prepare the documents and setup a meeting. Mr. Jacobs asked if one we can pick him tomorrow from the hotel to drop him at the airport so we can discuss further prior to departure of the airline project. Mr. Dilip and I left the hotel late that night. I had picked Mr. Samuel K Jacobs from the hotel to drop him at the airport, where Mr.Dilip was working the morning shift and met up with him.

Samuel K Jacobs, called Mr. Dilip and I several times in a week talking of plans to move forward of the airline structure. He had mentioned that his accountant (Suresh Patel) living in the United Kingdom but working in Islands is working to release the guarantee amount as discussed. David Urum another employee of his handling other businesses of his as he is working with the airline project. Samuel K Jacobs never showed, faxed, or any type of document stating the airline is under construction.

On October 18, 2005, I received an email from Nancy M Heckerman, email address as (sjnhjacobs@msn.com) subject GUARANTEE. This email illustrates the bank guarantee that Samuel K Jacobs promised. The document indicates that Vijay Patel to receive $500,000.00 for five years, $100,000.00 per year. This document will be presented to the court as evidence.

Samuel K Jacobs repeatedly call Mr. Dilip and myself talking about the airline and how it will operate and Mr. Dilip and It's positioning in the new airline. He brags of his wealth but at the same time anger towards the United States government because his business and he having to pay over 85% tax on the profit exceed the forecasted income. Mr. Dilip asked Mr. Samuel K. Jacobs of where guarantee stands as we still have not seen it on document.

Mr. Samuel K Jacobs asked if will be able to provide all that information if Mr. Dilip and I can meet him somewhere in the United States. Mr. Dilip told Mr. Samuel K Jacobs that he has the flying benefits because he works for Northwest airlines so Mr. Vijay and I can meet anywhere. Mr. Samuel K Jacobs asked meet him is Detroit where he had some business to take care of. Some time in October Mr. Dilip and I flew to Detroit to meet with Mr. Samuel K. Jacobs to follow forward with the guarantee letter. Once meeting in Detroit, Mr. Samuel K Jacobs did not have the Guarantee document to be signed. He made an excuse that the trust account under Mr. Dilip and I were not completed its processes so it will take few more days. Mr. Samuel K Jacobs then started with his business stories and how the United States government taxing him 85% of his profits. Mr. Samuel K Jacobs show Mr. Dilip and I documents from the United States tax department of him owing the government over 2million dollars. Mr. Samuel K Jacobs explained that this money can be used in the airline project, but need to borrow money from someone and explain to the United States government of giving a pardon on certain amount. He details the plan of how to avoid paying the taxes. He asked Mr. Dilip and I of some assistance of some money for the period on 30days which will be more than enough to time for the IRS to pardon the calculated amount. Mr. Dilip and I clearly said we don't any sort of bank balance to even think of lending. Only way we can get money is if we borrow. Mr. Samuel K Jacobs states that the airline project will still continue even if have

to pay for the taxes. Mr. Samuel K. Jacobs stated that he will call us once the guarantee documents is ready and may need to go to New York. Mr. Dilip and I agreed to travel to New York when he tells us to go there to sign for the guarantee. Mr. Samuel K Jacobs called Mr. Dilip and I repeatedly again and asking to assist with the tax issue which will help the airline. I was in process of finalizing the sale of my 50% shared restaurant. Mr. Samuel K Jacobs also offered to purchase the restaurant but I told him there is already an offer which will most likely go through. I had told him that the restaurant sale will give some cash balance, but not very much as the it was sold in a loss.

Mid November, I had completed the sale of the restaurant. End of November I had received a severance package from employer IBM. This severance package had given some cash amount as well. I had spoken with Samuel K Jacobs some times at the beginning of December detailing him of my financial update. Mr. Samuel K Jacobs advised that the bank Guarantee documents are ready and he will be coming to Montreal and then Mr. Dilip, Mr. Samuel K Jacobs and I will be going to New York. Mr. Jacobs. Mr. Samuel K. Jacobs called me said that, he had just spoke his accountant, Mr. Suresh Patel, if he gets a loan for depending in an amount, there will be a cash credit towards him ( Samuel K.Jacobs). Mr. Samuel K. Jacobs states that for 30 days the most, if I lend him some money, he will be able to get back from the government a large tax break which he can insert to our guarantee and the airline. Mr. Samuel K. Jacobs, said that he will give a notarized guarantee to return the money within 30days. I discussed with Mr. Dilip and we got together to discuss it. After discussion between myself and Mr.Dilip, it seems Mr. Samuel K. Jacobs seems to be an honest person and willing to give a notarized document which will guarantee of my money being returned.

December 20, 2005 Mr. Samuel K Jacobs send the fax of the notarized document. Once I received the document, I had reviewed it with Mr. Dilip. Called Mr. Samuel K Jacobs that I received the document. I questioned Mr. Samuel K Jacobs, why the notary's legal number was on it? He replied that the Notary's in Maryland don't need to specify this information because they are working in the United States capital city. Since Mr. Dilip and I knew he was the lawyer and had trust in him we move forward with wiring him the money. On December 20th, 2005 I wired Mr. Samuel K Jacobs $25,000.00us. The money was wired to Mr. Samuel K Jacobs at the following information ( Samuel K Jacobs, 267 Kentlands Blvd # NO300, ZIP20878, Gaithersburg, Maryland, Bank account # 1209366497 ID: CITIUS33, Citi Bank, FSB, 822-A Rockville Maryland USA). After the transfer, Mr. Samuel K Jacobs had called me stating the money had come into his account yet. I had gone to the bank in Montreal from where I wire the money and verified why the wire had not been received on the receiving end. Bank manager investigate of the situation and found that it had gone through the Canadian side. The bank manager called Mr. Samuel K Jacobs bank and Mr. Jacobs was there. The citi bank on the US side check on there end and was able to get the money to Mr. Samuel K Jacobs account.

December 23rd, 2005, Mr. Samuel K Jacobs arrived in Montreal and he had myself and Mr. Dilip to pick him up from the airport. Mr. Dilip was working at the airport and he had assisted Mr. Samuel K Jacobs as he was in a wheelchair. I had taken Mr. Samuel K Jacobs to the hotel in downtown where he had given me the original notarized document and the draft for $45,000.00us. The draft was dated for January 20th, 2006. I had told Mr. Samuel K Jacobs that I need the date for the day he had made the

draft for. He said we can go to the bank and wire the $10,000us totaling $35,000.00us and at the same time he will tell the bank to process the draft as he will give them the OK. We had gone to the bank and I had wire the $10,000.00us, then I showed the draft to the bank associate and asked if they can process the draft after 15 days and the draft owner if giving the OK to do it. The associate showed the draft to her manager and came and advised us that the draft was a SITE DRAFT. Which meant that for the draft to get processed, it needs to be sent to the local client's branch who will then release the funds? The bank manager said that this process will take at least 45 days. Reason for that was because they would have to send it to their head office and then head office will send it to Citi bank head office that will send it to the local branch. I advised Mr. Samuel K Jacobs that this was not acceptable while I was at the bank. Mr. Jacobs in front of the bank associate told me that he will talk to his account and have wire the money to my account from New York. I gave Mr. Jacobs the Site Draft for $45,000.00 in front of the bank associate. We then went back to the hotel.

Mr. Samuel K Jacobs called a number and asked then to wire $45,000.00 to the account information I had given him. Mr. Samuel K Jacobs told me that since it is the holidays they will only be wired after the new years as per his accountant. Mr. Samuel K Jacobs said January 3rd, 2006 I will have my money wired. I was OK with that. December 23rd, 2005 till January 3rd, 2006 we had meeting everyday and discussing the bank guarantee and Mr. Samuel K Jacobs requesting to find a commercial property to set up an office for the airline company. I had contacted a commercial real-estate agent who search some properties and made certain appointment. Mr. Samuel K Jacobs, Mr. Dilip, the real estate agent and I. I had questioned Mr. Samuel K Jacobs, why my money still had not deposited into my account? He said that they had sent it, but it has not cleared from New York due to the amount and where it's coming from. Mr. Samuel K Jacobs advised that he is going to New York from Montreal and will investigate and have it processed as soon as possible. Mr. Samuel K Jacobs left Montreal on January 8th, 2006 to go to New York as he stated.

I received call from Mr. Samuel K Jacobs that he had go back to Washington because his wife was not feeling too well and need to see her. Mr. Samuel K Jacobs state he will take care of my money.

Some times late January Mr. Jacobs had call me from Toronto stating that he is Toronto and will be meeting with executives from KPMG firm and TD CANDA TRUST bank executives. Mr. Samuel K Jacobs stayed in Toronto about 3 days and left. Mr. Samuel K Jacobs called stating that the meeting went well and KPMG will assist him to start an airline in Canada, but he will need to return with his business team.

I recall Mr. Samuel K Jacobs using my cellular phone which he had called and executive of KPMG. I called back that phone number sometimes in middle of November and confirm if Mr. Samuel K Jacobs had met with him, the executive from KPMG's name was Mr. Navin Dave. I spoke to Mr. Navin Dave from KPMG and asked if Samuel K Jacobs had come to meet with him. Mr. Navin Dave states, Mr. Samuel K Jacobs had come to Toronto and Mr. Samuel K Jacobs had asked him to meet with Mr. Navin Dave at his hotel where he was staying. Mr. Navin Dave states, Mr. Samuel K Jacobs is assist 2 fellows from Montreal with some airline venture they are starting and Mr. Samuel K Jacobs is in Toronto to talk about the venture. Mr. Samuel K Jacobs stated that he got Mr. Navin Dave contact number from England from a gentleman named Ashvin Modha.

Ashvin Modha is a friend of Mr. Navin Dave. Toronto was the last place Mr. Samuel Jacobs was seen by a person with I had contact with.

I had called Mr. Samuel K Jacobs day and night everyday for about 2 months and did not respond to his phone call. In those 2 months, Mr. Samuel K Jacobs responded to his call about 3 times. Mr. Samuel K Jacobs responded to his call but hung stating he is busy in court and will call back. Mr. Samuel K Jacobs when ever he responded to his phone calls he did not allow me to speak but gave an excuse and hung up. When I had called right back, Mr. Samuel K Jacobs did not respond.

I had called Mr. Samuel K Jacobs to all the phone numbers he had given to me by him everyday. I also contacted the local Montreal Police to report of fraud against Mr. Samuel K Jacobs, but the local police had said I needed to call the place the money got wired to. I called the local police of Rockville Maryland to report the issue but they had asked me call the local police in my area. I then sent emails to US Attorney General, RCMP, FBI, and other government institutes explaining the situation and how I can get help to recover my money. I never got a response back from any of them.

I had gone to see a lawyer in Montreal about Mr. Samuel K Jacobs and how he had not given back my money. The Lawyer, Mr. Guillaume Brien, had faxed a Demand letter to Mr. Samuel K Jacobs fax number sometimes in May. Mr. Samuel K Jacobs faxed back a reply accusing Mr. Guillaume Brien of being a terrorist.

I had called all number provided by Samuel K Jacobs everyday, but will not respond, when Mr. Samuel K Jacobs does respond, he hangs up after giving an excuse and stating he will call me back.

As of today Mr. Samuel K Jacobs has not given my money, but has filed a law suite against me alleging that I owe him money.

I will providing all the proof and documentation I have pointing Mr. Samuel K Jacobs of being a fraud artist.

## Allegations from
## Samuel K Jacobs
## and
## Nancy M Heckerman

**1**. Defendant Vijay Patel & Dilip Patel have no involvement in any type allegation introduced by the Plaintiff Samuel K Jacobs and Nancy M Heckerman. Allegations as illustrated in Introduction (A, B, C, D )

**2**. Plaitiff Samuel K Jacobs and Nancy M Heckerman have created these complaints to avoid payment to the Defendant Vijay Patel & Dilip Patel.

**3**. Plaintiff's Samuel K Jacobs and Nancy M Heckerman complaints were created to avoid payment to the Defendant Vijay Patel & Dilip Patel.

**4**. a) – the address that the Plaintiff Samuel K Jacobs and Nancy M Heckerman has provided is a address where a call center only answer calls for the Plaintiffs Samuel K Jacobs and Nancy M Heckerman. The Plaintiff never physically resided at that address. This information confirmed by call answer analyst.

**5**. The addresses of Defendant Vijay Patel & Dilip Patel accurate.

**6**. THIS COURT SHOULD DISSMISS THIS LAW SUIT. ALL OF THE ALLEGED ACTS TOOK PLACE IN CANADA. NOTHING OCCURRED IN DISTRICT OF COLUMBIA. I HAVE NEVER BEEN TO DISTRICT OF COLUMBIA.

**7**. All alleged acts should be dismissed as they are false and were created by the Plaintiff Samuel K Jacobs and Nancy M Heckerman

**8**. All alleged acts should be dismissed as they are false and were created by the Plaintiff Samuel K Jacobs and Nancy M Heckerman

**9**. ALL OF THE ALLEGED ACTS TOOK PLACE IN CANADA. NOTHING
OCCURRED IN DISTRICT OF COLUMBIA. I HAVE NEVER BEEN TO DISTRICT
OF COLUMBIA.

**10**. All alleged acts should be dismissed as they are false and were created by the Plaintiff
Samuel K Jacobs and Nancy M Heckerman

**11**. Defendant has no objections for the Attorney general to have a formal investigation.
Defendant had filed a complaint via internet to the Attorney general concerning the issue
with the plaintiff.

**12**. Plaintiff had flown in to Montreal and was assisted by Defendant Dilip Patel because
Plaintiff Jacobs was in a wheel chair. From the aircraft to the exit of the airport, Jacobs
details of his businesses and Defendant Dilip had mentioned an airline flying directly to
Mumbai. Dilip mentioned that there is already a direct flight to Delhi. Plaintiff Jacobs
gave Defendant Dilip his business card and was asked to contact him to discuss further.
Plaintiff was originally in Montreal for other reasons. Defendant Vijay Patel was
introduced by Dilip Patel a few days after.

**13**. Plaintiff never discussed any of the statements but had said he will be coming back
and will contact Defendant Dilip.

**14**. Mr. Gazu, an employee of Northwest Airline. SAV –AIR in Dacca does exist, but not
aware if the owner is Mr.Gazu's father. Defendant Dilip Patel and Mr. Gazu work
together for Northwest Airline. The Defendant is not aware of any aircraft and Prince
Jaleli.

**15**. Defendant is not aware of any information about Prince Jaleli.

**16**. Plaintiff Jacobs never met Mr.Gazu, so defendant unaware where the Plaintiff is collecting the information.

**17**. Plaintiff never discussed any of the alleged statements.

**18**. Plaintiff stating false statements.

**19**. Plaintiff stating false statements, as Defendant had traveled to New York to visit friends. Plaintiffs never mentioned any accountant, attorney, and Private Placement firm.

**20**. Defendant does not know too much of Plaintiff and his background.  Defendant never made any of the statements plaintiff alleges they stated.

**21**. Plaintiff is reversing roles of the Defendant as, from the beginning, the Plaintiff claimed he was wealthy and owned aircrafts and other major businesses.

**22**. Plaintiff never discussed any of the stated allegations. Plaintiff required money as a tax break as his projected revenue of the year was exceeded and plaintiff would be taxed at 85% on any type of profit. When Plaintiff borrows money, he can get a tax break on the profit of his business. Plaintiff described the situation in detail.

**23**. Defendant unaware of any Private Placement firm that the Plaintiff has contacted and communicated with.

**24**. Defendant unaware of any firm or operation of the firm

**25**. Defendant not aware what firm was working on what project.

**26**.

**27**. Plaintiffs creating false statements of the defendant.

**28**. Defendants unaware any private placement firm, who is involved and what work is being done.

**29**. Defendant never received any sort of documentation of these whereabouts.

**30**.

**31**. Plaintiff creating false statements as Defendant did not represent to the Plaintiff of any of his own financial worth. Background check can be done without issue.

**32**. Defendant Vijay's job loss was due to outsourcing. Defendant was still 50% owner of a restaurant. Defendant Vijay never received a sight draft from plaintiff, even as of today, from the Plaintiff Jacobs. Plaintiff had repeatedly mentioned to defendant that he will be coming to Montreal to give it, but never gave it. Plaintiff Jacobs had an option to courier it, but that was never done. It is the Defendant's contention that Plaintiff Jacobs never had any intention of returning the $45,000.00. If Plaintiff did want to give the money back, he could have done it in different ways (courier, wire transfer, or any money transferring institutes).

**33**. I have family and friends in the United States that I visit every so often. All my family members are business owners in the hotel industry. Defendant has a creative imagination because he is creating untruthful stories.

**34**. Defendant Jacobs creating stories without knowing any of the facts.

**35**. Plaintiff unaware of the facts and is creating false stories about the Defendant Vijay. Any record of the Defendant can be looked up in the government database by the Plaintiff Jacobs.

**36**. Defendant not aware of any of this and having said this, Plaintiff creating imaginary stories. Mr.Gazu was a Defendant's co-worker and had met him several times with Mr.Dilip. Defendants are not aware who Prince Jaleli is. Searches on the internet provided no information on Prince Jaleli.

**37**. Defendant not aware of any Private Placement firm (who they are, what they do or where they reside) Defendant reading 1st about this in this document.

**38**. Plaintiff never discussed of any type of Placement Agency. Plaintiff is creating false accusation.

**39**. Plaintiff creating false statement.

**40**. Plaintiff creating false statement. All accusations are False.

**41**. Plaintiff creating false statement. All accusations are false

**42**. Plaintiff creating false statement. Defendant does not agree.

**43**. Plaintiff had never, in all the visits, discussed any type of fees or expenses as there was never a business with the plaintiff.

**44**. Plaintiff never ever mentioned of any type of conversation or documentation of any type of fees as there was never a business interaction. Defendant is finding out all this information in the document.

**45**.a) There are not contracts that the defendant are aware of except for the guarantee letter of 5 years of employment and the notarized promissory note stating to return the $45,000.00 to the Defendant Vijay.

b) Plaintiff accusing with false allegation.

c) There are no contracts defendant are aware of except for the Guarantee letter of 5 years employment and the notarized promissory note stating to return the $45,000.00us within 30 days.

d)

**46**. Defendant not aware of who, what or where this Private placement firm is. As well, Defendant is not aware of any type of expenses that the Plaintiff claims of. Plaintiff has not even presented documentation as part of evidence.

**47**. Defendant not aware of any type of work done and cost reflecting the work. Plaintiff never mentioned or discussed of any Private Placement Agency and costs they have submitted to plaintiff.

**48**. Defendant disagrees with allegations. Defendant is demanding only the money owing and interest as per promissory note.

**49**. Defendant disagrees with all allegations. Defendant demanding $45,000.00 borrowed by plaintiff of which plaintiff was given a notarized promissory note to return money in 30days.

**50**. Defendant disagrees with all allegations. Defendant did not receive money owed within 30 days as per notarized promissory note, and started research on the plaintiff on the internet and discovered a lot of very disturbing information.

**51**. Defendant had contacted all the contact numbers provided by the Plaintiff Jacobs to demand for the money owing by the plaintiff. Business card of Plaintiff will be included in the evidence

**52**. Plaintiff creating false allegations. Conference call only discussed repayment of the $45,000.00 owed to the defendant Vijay.

**53**. Defendant not aware of any issues with the plaintiff with Jet airways. Defendant discovered all this information from the internet searches.

**54**. All of the information that the Plaintiff is describing is found on the internet searches, which is public information. Plaintiff has submitted this information from internet, media, or television.

**55**. Defendant has no relevance to this case. Issue is between Plaintiff and Jet Airways.

**56**. Statement by Plaintiff is absolutely false. Defendant has only demanded his $45,000.00us as per promised with a notarized promissory note by the plaintiff.

**57**. Statement absolutely false by the Plaintiff. Defendant has no connections to Jet Airways.

**58**. Statement absolutely false by the Plaintiff, Plaintiff trying to create fear with the Defendant so Defendant will demand their money $45,000.00 returned. Defendant will continue to make demands for the money which is owed by the plaintiff.

**59**. Plaintiff creating false statements.

**60**. Plaintiff creating false statements. Defendant Vijay has traveled to the U.S. numerous times after the $45,000.00us was lent to the Plaintiff. Plaintiff is attempting to create fear in the defendant to avoid paying the money owing to the defendant for the amount of $45,000.00us.

**61**. Statement absolutely false and the Plaintiff is attempting to use scare tactics to avoid paying the $45,000.00us to the Defendant.

**62**. Plaintiff creating false statements.

**63**. Defendant had attempted to file complaints to the local police, RCMP, FBI, and the Maryland local police in Rockville, MD of having being defrauded of $45,000.00. Defendant had provided the authorities with all the information of the Plaintiff.

**64**. Plaintiff creating false allegations of the Defendant.

**65**. Plaintiff had provided few contact numbers which phone number (301) 379-9292 assumed to be that of Mr. Milan V Patel.

**66**. Defendant calling all contact numbers provided by plaintiff and phone number (301) 379-9292 assumed to be that of Mr. Milan V Patel's cellular as per Plaintiff Jacobs.

**67**. Defendant have only contacted contact numbers provided by Plaintiff Jacobs.

**68**. RCMP (Royal Canadian Mounted Police) had come to Defendant's home and questioned the issue. Defendant explained to the RCMP, in detail, the issue and provided the RCMP with all the pertinent documentation.

**69**. Plaintiff creating absolutely false allegations.

**70**. Defendant called only numbers provided by the Plaintiff which had included Mr. Milan V Patel's cellular. When the Defendant had called the number (301) 379-9292, there was never once an answer on the number. Defendant had left numerous voice mails on which the voice mail had no identification or name.

**71**. Defendant had never spoken to or saw Mr. Milan V Patel, so how would he be able to recognize the Defendant's voice. Defendant has provided all the details to the RCMP and including the phone number (301) 379-9292 which is assumed to belong to Milan V. Patel.

**72**. Plaintiff creating absolutely false accusations. Mr. Milan V Patel and the Defendant had never met or had a conversation with each other, so how would Mr. Milan V. Patel be able to identify the Defendant's voice?

**73**. Defendant has only called number provided by Plaintiff to reach him and demand the $45,000.00us that the Plaintiff owes the Defendant.

**74**. Defendant has no scheme or plan, but the contention that the Plaintiff has defrauded Defendant of $45,000.00us.

**75**. Plaintiff is aware that money lent to plaintiff was borrowed and as per contract the money was wired.

**76**. Defendant absolutely disagrees with accusation by plaintiff.

**77**. Accusation absolutely false.

**78**. False accusation by plaintiff.

**79**. Allegations absolutely false.

**80**. Plaintiff is aware and has 100% knowledge that the Defendant only calls in effort to retrieve the Defendant's $45,000.00.

**81**. Plaintiff never identified or discussed what he was doing in terms of airline project. Defendant just wants the $45,000.00

**82**. Defendant never aware of all this traveling by plaintiff and why. Plaintiff never answered his phone calls.

**83**. Plaintiff creating false stories.

**84**. Plaintiff creating false stories. Defendant is not aware of any of this.

**85**. Plaintiff Samuel K. Jacobs is creating false stories. The RCMP is aware of all of the Defendant's actions as the Plaintiff had filed a complaint.

**86**. Royal Canadian Mounted Police have contacted the Defendants and they have visited the Defendant's home. Defendant explained the situation and provided documents in order to back up his statements.

**87**. Plaintiff creating false allegations. RCMP can be contacted for any information concerning the Defendant.

**88**. Defendant has no issues warranting FBI investigation. Defendant will talk with FBI anytime and place.

**89**. Plaintiff creating false allegations.

**90**. The Defendant has no problem with the FBI and RCMP working together to investigate any personal information on the Defendant.

**91**. Plaintiff creating false allegations.

**92**. The Defendant is not aware or responsible of who checks his personal emails; it's up to plaintiff to secure his personal emails.

**93**. The Defendant is not aware nor has any knowledge of these false allegations. Defendant is only interested in having his $45,000.00 returned to him.

**94**…..

**95**. Plaintiff creating false allegations against the Defendant.

**96**. Plaintiff creating false allegations against the Defendant to avoid payment of $45,000.00 owed to the Defendant.

**97**. Plaintiff creating false statements. Zahir Fancy is a licensed financial advisor with the company Fancy Financial. Fancy Financial can be found on the internet.

**98**. Plaintiff creating false statements.

**99**. Plaintiff creating false statements.

**100**. Plaintiff creating false statements

**101**. Defendant creating false statements. The Plaintiff has a very creative imagination.

**102**. Plaintiff creating false statement and allegation. The Defendant has nothing to hide as RCMP has already met and interviewed them.

**103**. Plaintiff is insecure about their lawsuits being broadcast on the internet to the public internationally.

**104**. Defendant has no knowledge of any of this information.

**105**. Defendant has no knowledge of any of this information.

**106**. Defendant has no knowledge of the relationship between Plaintiff and JETAIRWAY. All information or knowledge Defendant has was found on the internet and in magazine articles.

**107**. Plaintiff blaming the INTERNET for his exposure of the different cases against him and his wife (Samuel K. Jacobs & Nancy M. Heckerman).

**108**. Plaintiff has a fear of his criminal activities being exposed.

**109**. Plaintiff blaming the Internet, but Plaintiff himself uses Internet as means of communication and investigation and research.

**110**. Plaintiff has his opinion of the internet due to the crimes he has committed and they are starting to become public.

**111**. Plaintiff's opinion on internet has no relevance to this case. The Plaintiff is afraid of internet because of his fraudulent activities are becoming open to public.

**112**. Plaintiff expressing opinion which has no relevance to this case.

**113**. Plaintiff expressing his opinion which has no relevance to this case.

**114**. Again Plaintiff expressing his opinion which has no relevance to this case.

**115**. Plaintiff repeatedly expressing his opinion on internet which has no relevant to this case.

**116**. Plaintiff repeatedly expressing his opinion towards internet which has no relevant to this case.

**117.** .........

**118.** Defendant disagrees with these false allegations.

**119.** Defendant disagrees with these false allegations.

**120.** a) – Defendant disagrees with accusations.

b) – Defendant disagrees with accusations.

c) - Defendant disagrees with accusations.

d) - Defendant disagrees with accusations

A) - .....

B) Defendant disagrees with plaintiff receiving award for damages. Plaintiff never incurred any damage. All damages incurred were to the Defendant as the plaintiff put the defendant into serious financial trouble. Plaintiff to return the Defendant's $45,000.00

C) Plaintiff created lawsuit to avoid repaying the Defendant and from getting sued by the Defendant.

D) Court to look at all facts about the Plaintiff and conclude that the Plaintiff is a dangerous person defrauding people financially and creating bogus lawsuits to avoid payment to the lender.

**121.** Plaintiff had created much of the stories from paragraphs 1 – 120.

**122.** Plaintiff aware of the truth and Defendant has witnesses to backup their stories. The Plaintiff is repeating his life stories of being wealthy and powerful as well as of being a government employee, a lawyer working for the US government.

**123.** Plaintiff using fear tactics to avoid paying the $45,000.00. Plaintiff was never afraid when borrowing the money, but is fearful when asked to return the money.

**124.** Plaintiff aware why the calls were made to him from Canada. Other countries calls made to family members in India which will be backed up with proof.

**125.** Defendant has no such enterprises that the Plaintiff claims of. Plaintiff is trying to inflate this case into a high profile case when it is really just a simple case, resolved by returning the $45,000.00 owed to the defendant.

**126.** Plaintiff has a vivid imagination. Defendant has no such enterprises. Defendant can be researched by the authorities. Plaintiff is the true criminal, who has many law suits against him in various other states. Family member states that he is a criminal and has nothing to do with Plaintiff.

**127.** There was no airline or enterprise, except of discussions of airline matters.

**128.** a) Defendant have no such activities attempted. Defendant can be investigated by the authorization without issue.

b) Defendant creating such allegations really to avoid payment of $45,000.00 owed to Plaintiff.

c) Plaintiff creating false accusation against the Defendant.

d) Defendant creating false accusation against the Defendant.

**129.** a) Defendant never had any business with Defendants.

b) Defendant never aware of any joint ventures that the Plaintiff is now claiming loss of business.

c) Defendant never interfered with Plaintiff's business or associates or others as Defendant was never aware or possessing knowledge of those people or others.

d) Plaintiff was dishonest from the beginning as Plaintiff never honored promissory note contract for the Defendant's $45,000.00us.

e) Defendant never had any business with Plaintiff so Defendant is not aware or have any kind of knowledge of any of this.

f) Plaintiff never had a good reputation as there are multiple lawsuits against Plaintiff to recover financial assets.

**130**. A) Plaintiff exaggerating all claims to avoid repayment to the Defendant. Defendant wants the repayment of the $45,000.00 borrowed first, then Plaintiff can go to make these exaggerated accusations.

B) By reading all this information, the court will naturally realize that the plaintiff is just playing a game to avoid paying back the defendant the money owed.

**131**. Plaintiff has dramatized much of the information written from paragraphs 1 through 130.

**132**. Again, Plaintiff creating false accusations and claims to avoid the repayment.

**133**. Plaintiff making these harsh accusations against the defendant which are absolutely false and unrealistic.

**134**. Plaintiff creating these harsh accusations against defendant, as the real criminals are the Plaintiffs who have committed the listed accusations. Investigation by the authorities can prove this.

**135**. I agree that the Attorney General of the United States should start a full investigation, but it should be on the Plaintiff Samuel K. Jacobs and Nancy M Heckerman who are citizens of the United States and defrauding the American people of their finances.

**136**. Plaintiff should be accountable for all the accusation made on the Defendant from paragraphs 1 through 135.

**137**. Plaintiff creating false accusations against defendant as the Plaintiffs are the true criminals of the stated acts.

**138**. Plaintiff creating these false accusations as Plaintiff is the main criminal in these activities Plaintiff has stated.

**139**. Defendants have no objection against appearing in court to prove that Plaintiff is the true criminal and has masterminded the plan to defraud defendant of $45,000.00.

**140**. Plaintiff aware of all details of when, how, and where the money was gathered and wired to the account of the Plaintiff as Plaintiff was at the financial institute when the money was wired.

**141**. Plaintiff never, as of this day, had mentioned of any type of Private Placement Firm or any type organization working for Defendant. There had never been any type of documentation, people, or place which the Defendant is aware of this Private Placement Firm and its duties.

**142**. Plaintiff attempting to split the debt Plaintiff may have incurred for Plaintiff's private work to the Defendant. Defendant never aware of any Private Placement Firm or Third Party until this documentation was served.

**143**. Plaintiff trying to dump any type of expense incurred to Plaintiff for Plaintiff's private venture.

**144**. Plaintiff attempting to dump the debt for Plaintiff's private incurrence to the Defendant. If Defendant never ever heard or saw these Private Placement Firm or third party activities, Defendant has no responsibility for the expense the Plaintiff claims of.

**145**. Plaintiff is trying to defend Plaintiff's good name and reputation but the reality is that Plaintiff has never had a good name or reputation. Family member of Plaintiff has stated in a written document of plaintiff being a fraud which will be presented.

**146**. The claim Plaintiff is trying to make is for an outstanding lawsuit with the financial institute GMAC which the case number and information can be searched for on the internet. Defendant will attach a copy of the lawsuit.

**147**. Plaintiff claims of business opportunities of defrauding another citizen of United States or of a foreign country. Defendant has no objections of going to court to claim the money owed by the Plaintiff and to prove that the Plaintiff are the real criminals.

**148**. Defendant has a different view as the Plaintiff have not satisfied the Defendant of the $45,000.00 owed. The Defendant will prevail in convincing the Department of Justice into converting this lawsuit into a criminal action for the crimes against the Defendants Vijay Patel and Dilip Patel, citizens of Canada.

**149**. Plaintiff has a vivid imagination in creating incredibly false accusations. Defendant has no issues entering United States as Defendant had traveled numerous times to visit family and friends.

# Samuel K Jacobs
# And
# Nancy Heckerman's
# Court cases

1.

**Case Number:**        1:2007cv02058

**November 14, 2007**

| | | | | |
|---|---|---|---|---|
| HECKERMAN v. JACOBS et al | DC | Walton | All Other Real Property | Racketeering (RICO) Act |

**Plaintiff:** SAMUEL K. JACOBS, NANCY HECKERMAN; **Defendant:** RESERVOIR LIMITED PARTNERSHIP

2.

**Case Number:**        1:2007cv02057

| | | | | |
|---|---|---|---|---|
| JACOBS et al v. FRIEDMAN et al | DC | Walton | All Other Real Property | Racketeering (RICO) Act |

**Plaintiff:** SAMUEL K. JACOBS, NANCY HECKERMAN; **Defendant:** SIDNEY S. FRIEDMAN, FRANCES S. FRIEDMAN

3.

**Case Number:**        1:2007cv01802

**October 5, 2007**

| | | | | |
|---|---|---|---|---|
| JACOBS et al v. PATEL et al | DC | Walton | Racketeer Influenced and | Diversity- |

|  | Corrupt Organizations | Racketeering (RICO) Act |

**Plaintiff:** SAMUEL K. JACOBS, NANCY M. HECKERMAN; **Defendant:** VIJAY PATEL, DILIP PATEL

4.

**Case Number:**      1:2007cv01625

**September 13, 2007**

| JACOBS et al v. FRIEDMAN et al | DC | Racketeer Influenced and Corrupt Organizations | Diversity-Racketeering (RICO) Act |

**Plaintiff:** SAMUEL K. JACOBS, NANCY M. HECKERMAN; **Defendant:** SIDNEY S. FRIEDMAN, VIJAY PATEL, DILIP PATEL, GREG I. ROSE, WEINSTOCK, FRIEDMAN AND FRIEDMAN,PA and others...

5.

**Case Number:**      1:2007cv00663

**July 6, 2007**

| Jacobs et al v. Friedman et al | VA Eastern | Lee | Racketeer Influenced and Corrupt Organizations | Racketeering (RICO) Act |

**Plaintiff:** Samuel K. Jacobs, Nancy Heckerman; **Defendant:** Sidney S. Friedman, Greg I. Rose, Weinstock, Friedman & Friedman, P.A., Yelin Shi, Yu Fan

6.

**Case Number:**      8:2007cv01334

**May 21, 2007**

| Shi et al v. Jacobs et al | MD | Williams | Other Fraud | Petition for Removal-Fraud |
|---|---|---|---|---|

**Plaintiff:** Yelin Shi, Yu Fan; **Defendant:** Samuel K. Jacobs, Nancy Heckerman

7.

**Case Number:**    8:2007cv01166

**May 4, 2007**

| GMAC v. Jacobs et al | MD | Chasanow | Racketeer Influenced and Corrupt Organizations | Petition for Removal-Racketeering (RICO) |
|---|---|---|---|---|

**Plaintiff:** GMAC; **Defendant:** Samuel K. Jacobs, Nancy Heckerman

8.

**Case Number:**    1:2007cv00395

**April 20, 2007**

| Jacobs et al v. Shi et al | VA Eastern | Ellis | Other Statutory Actions | Fed. Question: Fraud |
|---|---|---|---|---|

**Plaintiff:** Samuel K. Jacobs, Nancy Heckerman; **Defendant:** Yelin Shi, Yu Fan

No. **01–275.** Samuel K. Jacobs and Nancy Heckerman, Petitioners *v.*

American Express Company, Inc., et al. Petition for writ of certiorari

to the United States Court of Appeals for the District of Columbia

Circuit denied.

No. **01–476.** Samuel Jacobs and Nancy Heckerman, Petitioners *v.*

Susan Wu, et al. Petition for writ of certiorari to the United States

Court of Appeals for the District of Columbia Circuit denied.

**Request to the court:**

**Evidence of Samuel K Jacobs and Nancy M Heckerman being fraudulent people ( all public information that can found on the internet sources).**

1. Many news paper articles done some investigation on them and determined, they are also know as Samuel K Ramachandra and Nancy H Ramachandra
2. Samuel K Jacobs and Nancy M Heckerman address is a P.O. Box which is shared with other members.
3. Samuel K Jacobs and Nancy M Heckerman office is a call center where they pickup messages or forward calls to affiliated voice mail box.
4. Samuel k Jacobs and Nancy M Heckerman owe landlords in the state of Maryland outstanding rent money. They were evicted from their property due to unpaid rent.
5. Samuel K Jacobs's business cards are hand written unprofessionally.
6. Statement from Bryanne Ramachandra , daughter-in-law of Nancy M. Heckerman and Samuel K Jacobs write that both Nancy M Heckerman and Samuel K Jacobs are criminals and hope they are thrown in jail. They ( Bryanne Ramachandra and Gregory Allen Ramachandra) do not want kind relation with them because of all the fraudulent activity they have going.
7. Samuel K Jacobs and Nancy M Heckerman, uses the court system to avoid payments to creditors. They accuse the creditors of being threat to the United States and them. They then try to sue the creditors of damages which never happen.
8. Samuel K Jacobs and Nancy M Heckerman create fraudulent documents to lour victims in lending them money. I have an example of a notarized document they have given me which the notary does not exist.

*REQUEST FOR THE COURT REVIEW ALL CASE AGAINST SAMUEL K JACOBS AND NANCY M HECKERMAN TO HAVE FULL PUBLIC INVESTIGATION.*

*I KNOW THEY WILL TARGET MORE VICTIMS IN LOURING THEM INTO LENDING MONEY TO THEM.*

## <u>Royal Canadian Mountain Police (RCMP) Integrated National Security</u>

**Royal Canadian Mountain Police had come to my home to question me on my relationship with Samuel K. Jacobs and Nancy M Heckerman.**
**I had explained to the RCMP of our acquaintance in details and provided the RCMP all documents given to me by Samuel K Jacobs and all contact information on Samuel K Jacobs and Nancy M Heckerman.**

**The RCMP concluded that Samuel K Jacobs file a complaint about me having ties to Al-Queada. They advised that Samuel K Jacobs is had probably done this avoid repayment and for me to stop calling him.**

**I had told the RCMP that I will keep on call him until my $45,000.00us dollars are returned to me.**

**Court can reach the RCMP officer who came to my at the following contact information.**



**Integrated National Security Enforcement Team**
**Équipe intégrée sur la sécurité nationale**

Marc Surprenant
Constable
Investigator
marc.surpenant@rcmp-grc.gc.ca

4225 Dorchester Blvd., Westmount, Quebec  H3Z 1V5 | Pager: (514) 301-4024
Tel.: (514) 939-8400 ext 2949 | Cell.: (514) 248-7594| Fax: (514) 939-8673

# **Fraudulent Addresses**

## **Samuel K Jacobs and Nancy Heckerman**
**Addresses used by the 2 persons:**

**267 Kentlands Blvd #300
Gaithersburg, Maryland
20878
U.S.A**

The above address *is a P.O Box* address used by Mr. Samuel K Jacobs and Nancy M Heckerman to their *Bank accounts, Credit cards, Passport, and other Identification* they carry.

The above P.O. Box address is also used by other people in the family named:
- *Elizabeth J Ramachandra*
- *Gregory A Ramachandra*
- *Bryann L Ramachandra*

**Samuel K Jacobs and Nancy Heckerman also use another address for business.**

**2300 M ST. NW
Washington D.C.
20037 – 1434**

This address leases P.O. Box and space for businesses and also provides call answer service where an agent answers calls and forwards to the voice mail of the leased client. Mr. Samuel K Jacobs and Nancy M Heckerman uses this service to image their business, but they do not have an actual office there. Mr. Samuel K Jacobs and Nancy M Heckerman only pickup their voice mail which can be done from any part of the world.

**Past residence address of Mr. Samuel K Jacobs and Nancy M Heckerman**

13620 CANAL VISTA CT
**POTOMAC, MD** 20854

**Mr. Samuel K Jacobs contact phone numbers**
- **(240) 441 – 6353**
- **(301) 379 – 9292**
- **(240) 505 – 1603**
- **(202) 416 – 1753 remote office**
- **(310) 826 - 2552 fax**
- **(202) 293 – 3083 fax**
- **011-32479-880159 ( Europe number)**
- **(301) 214 – 4020 not in service**
- **(301) 505 – 2403 not in service**
- **email address :  SJNHJACOBS@MSN.COM**

## Names associate with P.O. Box address :

**E J RAMACHANDRA**
267 KENTLAND BLVD
**GAITHERSBURG, MD** 20878

**GREGORY A RAMACHANDRA** Born Dec 1971
267 KENTLANDS BLVD
**GAITHERSBURG, MD** 20878

**NANCY H RAMACHANDRA** Born Jan 1945
267 KENTLANDS BLVD
**GAITHERSBURG, MD** 20878



June 13, 2005

# The TM word N E W S

A trademark dispute between the excellent Jet Airways and an American shell company has turned nasty, delaying Jet's debut in America (via The Acorn). Jet, the #1 Indian airline, is on the verge of starting a Bombay to NYC route. Jet Airways Inc., the American shell, is spewing some incredibly inflammatory bullshit:

**Nancy M Heckerman, the chief executive officer and president [of] Jet Airways Inc... [said]... "As an American citizen, I felt this airline should never be allowed to enter our airspace." In her petition, she alleged: "... we will once again have Al-Qaeda flying and controlling aircraft over American cities, and this time the officials who issue these permits will be held accountable for knowingly allowing these aircraft the entry.**

"... those aircraft are paid for by an international Al-Qaeda organization. Some of the passengers on those aircrafts are not Indian citizens, but Al-Qaeda fugitive, and with the aid of the Al-Qaeda's own airlines, those who have entered India and easily obtained false identities and passports can board those aircraft and enter this country and complete the mission that they started on September 11, 2002." *[HT]*

"... it is still an enterprise which is used to launder money for Al-Qaeda and is still an Al-Qaeda airline... such funds are commingled with the original black money from the Al-Qaeda... Secretary Mineta would never welcome Jet Airways (India) if he was made aware of Naresh Goyal and Dawood Ibrahim's plan to inflict real and imminent danger on the United States." *[HT]*

"Naresh Goyal is trying to enter the United Stats to fulfill his obligation to his Al-Qaeda creditors. Jet Airways Inc is fighting to protect the United States from another invasion by a well known Al-Qaeda Specially Designated Global Terrorist." *[HT]*

Terrorism, terrorism, terrorism! Oh yes, if those hordes of desi grandmas start flying into Jersey, they won't be bringing just Parle biscuits and sweets.

Little Jet uses a shared office suite as an address, owns no planes and has no airline license. Big Jet asked the trademark office <u>to cancel</u> Little Jet's service mark because Big Jet began using the mark in the U.S. in 1995. That's when the <u>tatti</u> really hit the <u>pankha</u>:

- Little Jet filed an opposition to Big Jet's U.S. market entry with the DOT, claiming Big Jet's startup cash in 1991-92 came from gangster <u>Dawood Ibrahim</u>
- Little Jet says Big Jet hired a private detective to <u>place harassing phone calls</u>
- Big Jet issued a categorical denial and said it financed its planes through legitimate banks
- Homeland Security is <u>asking for additional info</u> on Big Jet's security procedures:

... the name, nationality and passport details of Jet Airways (India) pilots who would enter the American air space; the type of planes it would be flying to the US, its past history and security arrangements and procedures to be adopted for its fleet. Coming from three... wings of the US government [DOT, FAA, TSA], the Jet Airways (India) has also been directed to furnish detailed information about the ground handling procedures of its fleet... These agencies have also asked the Jet Airways (India) to furnish details about who all are responsible for the maintenance of its fleet including their background. *[HT]*

- The Port Authority of New Jersey wrote to the DOT supporting Big Jet (more revenue for Newark Airport)
- Big Jet's June 23 launch date for the Bombay-NYC service looks like a fading memory
- Big Jet is <u>exploring a defamation suit</u> and implied that the competitor is merely a shell company looking for a payoff, and its CEO is a grifter:

**According to Jet (India) sources here, 60-year-old Nancy Heckerman is also known as Nancy H Ramachandra and Nancy Baker. She is said to be involved in an ongoing relationship with a Samuel Jacobs, also known as Samuel Ramachandra.**

**Jet (India) also maintains that the Heckermans/ Jacobs / Ramchandras were evicted after proceedings from their landlords Mr and Mrs Stoner, for non-payment of US $ 6,000... It is learnt that the Heckermans / Jacobs / Ramchandras lost**

**another eviction action brought by landlords Lees, as also a claim for damages against the landlords for $3.1 million. They also claimed medical excuses for non-payment of $18,500 in rent, but the defence failed.**

**Jet Airways (India) sources in London state, "Surprisingly the very persons who were unable to pay $6,000 and $18,500 to different sets of landlords, claimed in December 2004 that they owned aircraft valued at over 2 billion dollars... Maryland-based Jet Airways Inc is a shell company and there is nothing more to it than that." [Mid-Day]**

- A right-wing Hindu who regularly posts anti-Muslim rants online filed complained to the DOT that Big Jet employs a lot of Muslims
- A right-wing American blogger lumped India with Saudi Arabia: 'It makes you wonder what all is possible when your enemy is backed by the seemingly endless wealth of the terrorist loving oil families from way east.'

The tone of Little Jet's filings is wild-eyed slander. But is there any truth to the accusation despite the less-than-credible messenger? Big Jet is a public company that discloses its financials, but did anything dodgy happen in 1991-92? Here's what one commenter on Airliners.net said:

Naresh Goyal has done his share of shady deals over time, but Jet Airways today is about as squeaky clean as it gets. He's been cleaning things up since his big investigation a few years ago and its all nicely transparent and public now. I wouldn't be surprised if some of Jet's competitors... actually put these guys up to it to delay things and hence reduce Jet's first mover advantage in the market. [Airliners.net]

If it were true, you'd want to see Goyal out of the company, Jet doing a financial and security audit, and then the U.S. issuing flight permission. But if the U.S. were to permanently ban the airline, they'd have to shut down the Las Vegas airport, because that city was once built by the Mob. They'd have to ban PIA, for Pakistan's ISI is reportedly sheltering Dawood. They'd have to ban Saudi Airlines because of that government's links to terror finance. And they'd have to investigate Emirates Air, because Dawood supposedly spends a lot of time in Dubai.

## This is the website for this information

http://www.airliners.net/aviation-forums/general_aviation/read.main/2157260/

Change Forum...

Bottom of Form

**aviation**

red Topics | **Profile** | **New Topic** | **Forum Index** | **Help** | **Search**

### Jet Airways Rejects Rival's Al-Qaeda Claims

| R PROFILE | SEND INSTANT MSG | ADD TO RESP MEMBERS | SUGGEST DELETION | QUOTE SELECTED TEXT |

2LX

RR: 1

Wed Jun 8 2005 00:02:07 your local timeTue Jun 7 2005 21:02:07 UTC (2 years 10 months 3 weeks 4 days 23 hours ago)
5 times

rways rejects rival's al-Qaeda claims
ozem Merchant in Mumbai
shed: June 7 2005 17:26 | Last updated: June 7 2005 17:26

sh Goyal, the founder of Jet Airways, on Tuesday described as "outrageous and scurrilous" allegations linking
s dominant private-sector carrier with al-Qaeda.

ake these scandalous accusations seriously and will go to court in the US to clear the name of the airline," he
se Financial Times.

Department of Transportation spokesman said both the Indian group's application for a permit to begin US
and the US company's objection were "under review".

Very interesting tidbits about Jet Airways (USA) & their CEO can be found in

Some quotes from the news item...

...

According to Jet (India) sources here, 60-year-old Nancy Heckerman is also known as Nancy H Ramachandra and
Nancy Baker. She is said to be involved in an ongoing relationship with a Samuel Jacobs, also known as Samuel
Ramachandra.

...

The sources also allege "that Jet Airways Inc does not appear to have any business," much less that of running an
airline, nor does it have an airline operating permit. They maintain that, on the contrary, the Maryland Department o
Assessments and Taxation has "forfeited" the status of Jet Airways Inc, (which describes Samuel K Jacobs as a
resident agent) and has stated that Jacobs does not have a good standing, as a result of which the American
company cannot do business in Maryland.

...

Jet Airways (India) sources in London state, "Surprisingly the very persons who were unable to pay $6,000 and $18,500 to different sets of landlords, claimed in December 2004 that they owned aircraft valued at over 2 billion dollars, ranging in size from Boeing 747-400 to Boeing 777-200.

...

Cheers

WestWing

{EDITED to add the quotes}

[Edited 2005-06-08 22:35:40]

| USER PROFILE | SEND INSTANT MSG | ADD TO RESP MEMBERS | SUGGEST DELETION | QUOTE SELECTED TEX |

**WestWing** ⸱≡

**RR: 0**

Reply 2, posted     Thu Jun 9 2005 01:54:53 your local timeWed Jun 8 2005 22:54:53 UTC (2 years 10 months 3 weeks 3 days 21 hours ago) and read times:

In a statement to            , Ms. Heckerman had said that neither she nor her company knew about the Airways (India) until the latter applied for a trademark in February 2004. But in the same statement, she is also quoted as saying "I have several staffs [sic] in my company from India".

Perhaps those staffs were wooden ones.

[Edited 2005-06-08 22:56:35]

| USER PROFILE | SEND INSTANT MSG | ADD TO RESP MEMBERS | SUGGEST DELETION | QUOTE SELECTED TEX |

**Schipholjfk** ⸱≡

**RR: 3**

Reply 3, posted     Thu Jun 9 2005 02:08:40 your local timeWed Jun 8 2005 23:08:40 UTC (2 years 10 months 3 weeks 3 days 21 hours ago) and read times:

This is the biggest B.S. story of recent times. Why are we even wasting time giving merit to this stupidity? Jet Airways... welcome to the U.S. It's a domestically fantastic airlines and I hope that excellence will be extended internationally.

The fun of flying... love it !!!

| USER PROFILE | SEND INSTANT MSG | ADD TO RESP MEMBERS | SUGGEST DELETION | QUOTE SELECTED TEX |

**HAWK21M** ▪▪

**RR: 51**

Reply 4, posted     Thu Jun 9 2005 10:24:48 your local timeThu Jun 9 2005 07:24:48 UTC (2 years 10 months 3 weeks 3 days 13 hours ago) and read times:

I keep laughing at this Event.
regds
MEL

Jet Air to take legal action against US company

**A Correspondent in Mumbai** | June 06, 2005 19:07 IST

Jet Airways, India's largest private air carrier, on Monday indicated that it would take legal action against the United States-based Jet Airways Inc whose president and chief executive officer had alleged that the Indian carrier had links with terrorist organisation Al Qaeda.

The airline, however, did not reveal teh course of legal action it intended to pursue in the US or attribute a time frame to the action.

### Jet Airways' US flights in doubt over 'Al Qaeda link'

Jet Airways, which has planned to launch scheduled flights between Mumbai and Newark via Brussels on June 23, also indicated that the inaugural flight to the US would be rescheduled owing to delay in approval from the Indian government. "We received the approval only recently from the Indian government, " Jet Airways (India) Ltd executive director Saroj Data said.

The top management of Jet Airways, which included CEO Wolfgang Prock-Schauer; COO Peter Luethi and Datta were addressing a press conference in Mumbai to announce their response to the allegations of the American company.

**"Investigation carried out by us show that _(the US-based)_ Jet Airways Inc is neither a certified airline nor does it have any aircraft registered in its name. It has not made any application to fly in the US and is a shell company with no business activity," Datta told reporters.**

**Launching a broadside against the US firm, Datta said that the Maryland-based American company had only a mailbox address and its business office was located in an executive suite.**

**"Further investigations have indicated that Nancy Heckerman, the president and CEO of Jet Airways Inc, was once called Nancy Ramchandra and Nancy Jacobs too. There is a long history of litigation and she has been evicted from other offices for non-payment of dues amounting to as little as $6,000 and $18,500," Datta claimed.**

**"It is a totally false claim that Jet Airways Inc has invested $2 billion in aircraft," Datta said. Datta ruled out chances of any out-of-court settlement and did not elaborate on the form of legal action that was planned.**

Talking about the motive behind the US company's allegation, Datta said, it stems from trademark issues. "A year ago we filed an application with the US authorities for grant of the US Patent Trademark. This American company had registered this trademark in December 2002 and we have been in existence and running operations since May 1993 and using this trademark."

"We have filed a cancellation application with the US Patent Trademark office but expect it to take some time."

The American company has alleged in its petition to the US Transport Department that "since Jet Airways (India) Ltd was planned and started in 1991, it has been funded by Al Qaeda 'specifically

designated global terrorist' Dawood Ibrahim, and no matter how wonderful the service and the airline may be in India, it is still an enterprise which is used to launder money for Al Qaeda and it is still an Al Qaeda airline".

## *New York/New Delhi, June 14*

The stand-off between Jet Airways and its namesake in the USA has become murkier with the latter contending it has new evidence about the alleged link between the Indian carrier and an underworld don.

The Bethesda, a Maryland-based US company, levelled the new allegations in its answer on June 10 to the Indian carrier's first rejoinder to the original allegations filed with the US Department of Transportation.

Neither Mr George U. Carneal, the attorney representing Jet Airways India, nor Nancy M. Heckermen, Chief Executive and President of Jet, USA, returned calls from IANS for comments on the fresh charges.

A Jet Airways spokesperson in New Delhi said the counter-allegations were as malicious as the earlier set of false claims .

It announced that it was initiating legal proceedings against US-based Jet Airways Inc to dispel apprehensions in the minds of investors following charges that most of the money raised through Initial Public Offering (IPO) was pumped into the market by "hawala".

A statement issued by the company said: "Jet Airways is initiating legal proceedings in the US through a leading American law firm, Paul Weiss, Rifkind, Wharton & Garrison LLP against Nancy Heckerman of Jet Airways Inc, to dispel the misapprehensions that these reports and allegations may have created amongst our investors."

The US company alleged it had obtained new evidence that substantiated "extraordinary and complex crimes" and broadened "the scope and extent of the averments" against Jet Airways owner Naresh Goyal and Dawood Ibrahim Kaskar.

The American company also accused the Indian carrier of employing "underworld tactics" to intimidate it. — **IANS, UNI**

**No. 01–275. Samuel K. Jacobs and Nancy Heckerman, Petitioners** *v.* **American Express Company, Inc., et al. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.**

Phone Number: 240-441-6353

➤ **Name:** Available

➤ **Address:** Available

➤ **Phone Location:** Beltsville, MD

Information available for this number!

Address:
13620 Canal Vista Ct
Potomac, MD 20854
**Nancy M. Heckerman**

**Delsey Airlines** reportedly found new capital to continue operations. The Belgian startup was forced earlier this week to cancel some of its flights because it had not paid open invoices for, among other things, fuel, maintenance and catering. Although management was tight-lipped about its financial difficulties, it did confirm to several Belgian newspapers that it was in negotiations with American investor Samuel Jacobs about a possible sale. On Wednesday it told De Standaard, "The bills are now paid and our flight schedule will resume as before." Management also said the carrier will "add two or three aircraft in mid-December." Delsey currently operates three ex-Sabena A330-200s.

**NO**

www.americanair.com/content/aboutus/supplierdivers
Last            Visited:

**TITLE**

7/3/2004

The American Airlines Supplier Diversity Program is supported by our corporate Diversity Advocates and is managed by *Nancy L. Walker, Manager, Diversified Supplier Program*. The mission of the American Airlines Diversified Supplier Program is to assist minority, women-owned and small businesses in their development as competitive suppliers of products and services. It is our goal to proactively evaluate, award, review and assure the inclusion of these companies in order to foster mutually beneficial and diverse business relationships of the highest standards.

Airdisaster.Com Forums > General Discussion > Off Topic Forum > Who is Samuel Jacobs vs DELSEY AIRLINES

**View Full Version : Who is Samuel Jacobs vs DELSEY AIRLINES**                    PDA

**Renny**

Samuel Jacobs an unknown American is negociating for the take over of DELSEY AIRLINES (VG Airlines).                    10-07-2002, 02:29 PM

Does anybody know him ?????

http://www.destandaard.be/nieuws/economie/index.asp?articleID=DST07102002_065

(only in dutch sorry)

Picture of VG-AIRLINES => Delsey Airlines :
http://www.airliners.net/open.file?
id=253547&WxsIERv=QWlyYnVzIEEzMzAtMjIz&WdsYXMg=VkcgQWlybGluZXM%
3D&QtODMg=QW1zdGVyZGFtIC0gU2NoaXBob2wgKEFNUyAvIEVIQU0p&ERDLTkt=TmV0aGVybGFuZHM%3D&
ktODMp=SnVseSA2LCAyMDAy&WNEb25u=RGFuaWVsIEFsYWYWVydHM%
3D&xsIERvdWdsY=T08tU0ZS&MgTUQtODMgKE=Q2xlYXIgdGhlIHJ1bndheSEhIEJlbGdpYW4gYmVhdXR5IG9uIGhpcyB.
lcmZ1bCB0YWtlb2ZmIEQ%3D%3D&YXMgTUQtODMgKERD=Nzcy&NEb25uZWxxs=MjAwMi0wNy0xOQ%3D%
3D&static=yes&size=M

**David Hilditch**

This must be one of the quickest airline collapses ever. Derisory load factors, I understand - 10% or less.                    10-08-2002, 12:56 AM
Needs something more than a new boss or investor !

**Ancient Mariner**

At least their airplanes look better than their suitcases. Hopefully the quality is better as well!                    10-08-2002, 03:05 AM
Per

vBulletin v3.0.3, Copyright ©2000-2007, Jelsoft Enterprises Ltd.

name registered by them in 2004 that is
currently being addressed before the US
patent and trademark office. Jet Airways Inc
has no airline operating permit and no
planes either," it said.

Jet Airways has filed additional documents
with the US authorities in response to the
objections raised by the Maryland-based
company.

Washington, DC
**Paul Weiss**
1615 L Street, NW, Suite 1300
Washington, DC 20036-5694
United States
Phone 202-223-7300
Fax 202-223-7420

According to Jet (India) sources here, 60-year-old Nancy Heckerman is also known as Nancy H Ramachandra and Nancy Baker. She is said to be involved in an ongoing relationship with a Samuel Jacobs, also known as Samuel Ramachandra.

Jet (India) also maintains that the Heckermans/ Jacobs / Ramchandras were evicted after proceedings from their landlords Mr and Mrs Stoner, for non-payment of US $ 6,000... It is learnt that the Heckermans / Jacobs / Ramchandras lost another eviction action brought by landlords Lees, as also a claim for damages against the landlords for $3.1 million. They also claimed medical excuses for non-payment of $18,500 in rent, but the defence failed.

Jet Airways (India) sources in London state, "Surprisingly the very persons who were unable to pay $6,000 and $18,500 to different sets of landlords, claimed in December 2004 that they owned aircraft valued at over 2 billion dollars... Maryland-based Jet Airways Inc is a shell company and there is nothing more to it than that." *[Mid-Day]*

Samuel K. JACOBS; Nancy Heckerman, Plaintiffs--Appellants, v. Yu FAN; Yelin Shi, Defendants--Appellees. , C.A.4 (Va.), January 4, 2006 Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Gerald Bruce Lee, District Judge. (CA-04-1379-1). Samuel K. Jacobs; Nancy Heckerman, Appellants Pro Se. Sidney Stafford Friedman, Weinstock, Friedman & Friedman, P.A., Baltimore, Maryland, for Appellees. PER CURIAM: Samuel K. Jacobs and Nancy Heckerman ("Appellants") appeal the district court's judgment granting the Appellees' motion to dismiss and entering a judgment in the Appellees' favor ...

| No. 01-275 | Status:  | DECIDED |
| | Title:   | Samuel K. Jacobs and Nancy Heckerman, Petitioners |
| | | v. |
| | | American Express Company, Inc., et al. |
| Docketed: | Lower Ct: | United States Court of Appeals for the District of Columbia |
| August 14, 2001 | | Circuit |
| | | (00-7254) |

| ~~Date~~~~~~ | ~~~~~~~Proceedings and Orders~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ |
| Aug 14 2001 | Petition for writ of certiorari filed. (Response due September 13, 2001) |
| Sep 19 2001 | DISTRIBUTED for Conference of October 5, 2001 |
| Oct 9 2001 | Petition DENIED. |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| ~~Name~~~~~~~~~~~~~~~~~~~~~~ | ~~~~~~~Address~~~~~~~~~~~~~~~~~~~ | ~~Phone~~~ |
| Attorneys for Petitioner: Samuel K. Jacobs | | |
| | 1155 Connecticut Avenue Suite 300 Washington, DC 20036 | 2024296545 |
| Party name: Samuel K. Jacobs, et al. | | |
| Attorneys for Respondent: Hamilton Loeb | | |
| | 1299 Pennsylvania Avenue, NW Tenth Floor Washington, DC 20004-2400 | |
| Party name: American Express Co. | | |

**Gov't Drops
Charges Against
CDC Supporters**

Sans titre

BANK'S  NAME

BANK)                                    (CHASE,  OR BANKERS TRUST, OR YOUR CHOICE

GUARANTEE

(DRAFT ONLY / SUBJECT TO BANK COMPLIANCE OFFICER)

FROM: THE NAME OF THE BANK (DEPOSITORY BANK)

TO:

STATUS: IRREVOCABLE, CONFIRMED

1.      WE, ON BEHALF OF _____BANK  HAVE  RESERVED  IRREVOCABLE BLOCKED
FUNDS TO _____ (ASSIGNED) BANK AND TO CONFIRM RECEIPT OF THE SAID AMOUNT,
(THE FUNDS ARE CLEAN CLEAR FUNDS OF NON-CRIMINAL ORIGIN), IN THE AMOUNT OF  UNITED
STATES DOLLARS $500.000.00 ( FIVE HUNDRED THOUSAND  DOLLARS AND 00/CENTS)  FROM
BANK TO MR. VIJAY PATEL  THIS  AMOUNT IS BASED ON AS INCOME GUARANTEE OF $100,000
PER YEAR FOR  A PERIOD OF FIVE YEARS.

                      _____ BANK HEREBY, GUARANTEES TO PAY THE ABOVE SAID AMOUNT
TO   MR. VIJAY PATEL THE BANK PAYMENT SHALL BE MADE  IRREVOCABLY AND
UNCONDITIONALLY WITHOUT PROTEST, (WHICH IS BACKED WITH CASH BY THE (DEPOSITORY
BANK), UPON THE FIRST DEMAND

PRESENTATION OF CERTIFIED INVOICE BY MR. SUNIL J. SHAH THAT THE PAYMENT IS DUE AND
PAYABLE.

WE, THE _____BANK, WAIVING ALL RIGHTS, OBJECTIONS AND DEFENSES ARISING FROM
THE SAID RELATIONSHIP BETWEEN   MR. VIJAY PATEL AND SAMUEL K. JACOBS HEREBY
IRREVOCABLY UNDERTAKE TO PAY IMMEDIATELY TO  MR. VIJAY PATEL UPON FIRST DEMAND AS
STATED ABOVE.

              2. THESE FUNDS ARE RESERVED TO GUARANTEE PAYMENT  TO  MR. VIJAY PATEL
THIS CONFIRMATION IS EXECUTED WITH FULL BANK RESPONSIBILITY AND SHALL REMAIN IN
FULL FORCE AND EFFECT FOR A PERIOD OF FIVE YEARS AND ONE DAY BEGINNING  NOVEMBER
11, 2005,  AND EXPIRES AT THE CLOSE OF THE BUSINESS DAY ON NOVEMBER  30, 2010,
AUTOMATICALLY. SHOULD YOUR WRITTEN CONFIRMATION NOT BE IN OUR POSSESSION BY THAT
DATE, IRRESPECTIVE OF WHETHER PRESENT INSTRUMENT IS RETURNED TO US OR NOT, THE
GUARANTEE EXPIRES ON THAT DATE.

WITH EACH PAYMENT $ 100,.000.00 PER YEAR UNDER THIS GUARANTEE OUR OBLIGATIONS WILL
BE REDUCED ACCORDINGLY.

SIGNED BY THE INCUMBENT BANKING AGENTS OF_____ (FOR THIS

TRANSACTION).

# SAMUEL K. JACOBS

## FACSIMILE TRANSMITTAL SHEET

| TO: Vijay Patel | FROM: Samuel K. Jacobs |
|---|---|
| COMPANY: | DATE: 12/20/2005 |
| FAX NUMBER: 514-331-5928 | TOTAL NO. OF PAGES INCLUDING COVER: 2 |
| PHONE NUMBER: 514-334-4078 | SENDER'S REFERENCE NUMBER: |
| RE: Promissory Note | YOUR REFERENCE NUMBER: |

☐ URGENT  ☐ FOR REVIEW  ☐ PLEASE COMMENT  ☐ PLEASE REPLY  ☐ PLEASE RECYCLE

Attention Vijay Patel:

Name and address of account holder:
**Samuel K. Jacobs**
**267 Kentlands Blvd. # 300** Mailbox    Beneficiary
**Gaithersburg, Maryland 20878**

Maryland Account Number: 1209366497
Maryland ABA Number:  052002166
**CITBANK , FSB**
**822-A Rockville Pike**
**Rockville, Maryland 20852**
Swift Code: CITIUS33

The officer at the bank suggested that the funds be transferred to the District of Columbia Routing Number because all international funds for this region are remitted first through this routing number and then forwarded to the various branches.
The Citibank routing number for the District of Columbia is: **254070116.**

Sincerely Yours,
Samuel K. Jacobs

B Proceeds

## PROMISSORY NOTE

U.S. $45,000

Montgomery County, Maryland
December 20, 2005

FOR VALUE RECEIVED, the undersigned promises to pay to the order of Vijay Patel, (the "Holder"), the principal amount of Thirty-Five Thousand Dollars ($35,000.00), with simple interest thereon at the rate of eight and a half percent (8.5%) per cent annum from the date hereof until this Note is paid in full. The principal of and interest on this Note shall be payable in accordance with the following schedule:

| | |
|---|---|
| January 17, 2006 | Principal amount of $35,000.00 |
| January 17, 2006 | Accrued interest in the amount of $254.39 |
| January 17, 2006 | Additional fee in the amount of $9,745.61 |

All principal and interest on this Note, unless paid in accordance with the foregoing schedule, shall be due and payable on January 17, 2006, and/or before that date. This Note may be prepaid in full at any time without premium. Payments of principal and interest hereon shall be made in lawful money of the United States of America. Additional fee in the amount of Nine Thousand Seven Hundred Fory-Five Dollars and 61/100 ($9,748.29).

In the event of a default under this Note, the undersigned agrees to pay all costs of collection incurred by the Holder, including, without limitation, reasonable attorneys' fees and court costs.

The undersigned hereby (i) waives presentment, protest, notice of nonpayment, and notice of dishonor, and (ii) expressly Consents to the release or substitution of any of the property securing this Note.

This Note shall be binding upon the undersigned and his heirs, personal representatives, successors, and assigns, and shall inure to the benefit of the Holder and its successors and assigns. This Note shall be governed by, and construed in accordance with, the laws of the United States.

IN WITNESS WHEREOF, the undersigned has executed this Note under seal as of the date and year first above written.

SEAL OF NOTARY PUBLIC

_M. J. Stecyk_
Signature of Notary Public

**M. J. STECYK**
Notary Public, State of Maryland
My Commission Expires Sep. 22, 200?

SAMUEL K. JACOBS

Witness

16962

DATE: 05/12/20          WIRE PAYMENT SERVICES

BRANCH NO: 0361                          PAYMENT-ID NO: 051220B8897400

CUR: USD     PAYMENT AMT: 15,000.00
RECEIVING BK CHGS: 0.00
CUSTOMER RATE: 1.186700          CUR: CAD  CUST EQUIV AMT: 17,800.50
HANDLING FEES: 50.00
WAIVED AMOUNT: 0.00
CUR: CAD  CUSTOMER TOTAL: 17,850.50
CHARGE CUSTOMER ACCOUNT NO: 0361-5204021 OR OTHER _ (Y)

ORDERING CUSTOMER: VIJAY PATEL
STREET: 4576 FELIX LECLERC QUEBEC H4R 2R2           CITY: ST-LAURENT
PROVINCE/STATE: QUEBEC                          COUNTRY: CANADA
BENEFICIARY: SAMUEL K JACOBS                              ID:
STREET: 267 KENTLANDS BLVD NO300 ZIP20878           CITY: GAITHERSBURG
PROVINCE/STATE: MARYLAND                        COUNTRY: UNITED STATES
ACCOUNT AT BENEFICIARY BANK: 1209366497
BENEFICIARY BANK: CITIBANK, FSB
STREET: 822-A ROCKVILEE ABA 052002166                  ID: CITIUS33
PROVINCE/STATE: MARYLAND                          CITY: ROCKVILLE
ACCOUNT AT INTERMEDIARY BANK:                   COUNTRY: UNITED STATES


TERMS AND CONDITIONS

THE CUSTOMER UNDERSTANDS THAT NO LIABILITY SHALL ATTACH TO THE TORONTO-DOMINION BANK
OR ITS CORRESPONDENTS, FOR LOSS OR DAMAGE IN CONSEQUENCE OF ANY DELAY OR MISTAKE IN
TRANSMITTING THIS MESSAGE, OR FOR ANY CAUSE OF ANY NATURE WHATSOEVER OTHER THAN WILFUL
NEGLIGENCE.  THE CUSTOMER UNDERSTANDS THE TORONTO-DOMINION BANK ASSUMES NO LIABILITY
FOR CHARGES LEVIED BY ANY FOREIGN BANKS DURING THE HANDLING OF THIS PAYMENT.  IN CASE
OF A TRANSFER IN FOREIGN CURRENCY, AS EXCHANGE IS PURCHASED TO COVER THE REMITTANCE,
APPLICANT UNDERSTANDS THAT THE TORONTO-DOMINION BANK WILL NOT BE LIABLE, IN THE EVENT
THAT PAYMENT CANNOT BE MADE, FOR ANY AMOUNT IN EXCESS OF THE VALUE OF SUCH EXCHANGE
IN TORONTO AT THE TIME REFUND IS MADE.  THE CUSTOMER FURTHER UNDERSTANDS THAT ANY
REMITTANCE FORWARDED OUTSIDE CANADA EXPRESSED IN A CURRENCY OTHER THAN THAT OF THE
COUNTRY IN WHICH PAYMENT IS TO BE MADE MAY BE CONVERTED BY THE TORONTO-DOMINION BANK'S
FOREIGN CORRESPONDENTS AT THEIR OPTION INTO THE LOCAL CURRENCY OF SUCH COUNTRY AT
THEIR BUY RATE OF EXCHANGE.  IF FOR ANY REASON PAYMENT CANNOT BE MADE OF ANY
REMITTANCE WHICH HAS BEEN CONVERTED INTO LOCAL CURRENCY BY A FOREIGN CORRESPONDENT,
THE CUSTOMER UNDERSTANDS THAT THE LIABILITY OF THE TORONTO-DOMINION BANK IS LIMITED
TO A SUM NOT IN EXCESS OF THE CURRENT MARKET VALUE IN TORONTO OF THE SAID LOCAL
CURRENCY AT THE TIME A REFUND IS MADE.

I/WE AUTHORIZE YOU TO DEBIT THE ABOVE ACCOUNT AND AGREE TO THE TERMS AND
CONDITIONS.


CUSTOMER SIGNATURE/AUTHORIZED SIGNATURE

16962

DATE: 05/12/23                    WIRE PAYMENT SERVICES

BRANCH NO: 0361
                                              PAYMENT-ID NO: 051223B0195200

CUR: USD    PAYMENT AMT: 10,000.00
RECEIVING BK CHGS: 0.00
CUSTOMER RATE: 1.179700
HANDLING FEES: 50.00                CUR: CAD  CUST EQUIV AMT: 11,797.00
WAIVED AMOUNT: 0.00
CUR: CAD  CUSTOMER TOTAL: 11,847.00  *7/20/116*
CHARGE CUSTOMER ACCOUNT NO: 0361-████████ OR OTHER _ (Y)

ORDERING CUSTOMER: VIJAY PATEL
STREET: 4576 FELIX LECLERC
PROVINCE/STATE: QUEBEC                    CITY: ST-LAURENT
BENEFICIARY: SAMUEL K JACOBS          COUNTRY: CANADA
STREET: 267 KENTLANDS BLVD N0300 ZIP20878         ID:
PROVINCE/STATE: MARYLAND                  CITY: GAITHERSBURG
ACCOUNT AT BENEFICIARY BANK: 1209366497    COUNTRY: US
BENEFICIARY BANK: CITIBANK, FSB
STREET: 822-A ROCKVILLE      ABA 254070116      ID: CITIUS33
PROVINCE/STATE: MARYLAND                   CITY: ROCKVILLE
ACCOUNT AT INTERMEDIARY BANK:             COUNTRY: US


TERMS AND CONDITIONS

THE CUSTOMER UNDERSTANDS THAT NO LIABILITY SHALL ATTACH TO THE TORONTO-DOMINION BANK
OR ITS CORRESPONDENTS, FOR LOSS OR DAMAGE IN CONSEQUENCE OF ANY DELAY OR MISTAKE IN
TRANSMITTING THIS MESSAGE, OR FOR ANY CAUSE OF ANY NATURE WHATSOEVER OTHER THAN WILFUL
NEGLIGENCE.  THE CUSTOMER UNDERSTANDS THE TORONTO-DOMINION BANK ASSUMES NO LIABILITY
FOR CHARGES LEVIED BY ANY FOREIGN BANKS DURING THE HANDLING OF THIS PAYMENT.  IN CASE
OF A TRANSFER IN FOREIGN CURRENCY, AS EXCHANGE IS PURCHASED TO COVER THE REMITTANCE,
APPLICANT UNDERSTANDS THAT THE TORONTO-DOMINION BANK WILL NOT BE LIABLE, IN THE EVENT
THAT PAYMENT CANNOT BE MADE, FOR ANY AMOUNT IN EXCESS OF THE VALUE OF SUCH EXCHANGE
IN TORONTO AT THE TIME REFUND IS MADE.  THE CUSTOMER FURTHER UNDERSTANDS THAT ANY
REMITTANCE FORWARDED OUTSIDE CANADA EXPRESSED IN A CURRENCY OTHER THAN THAT OF THE
COUNTRY IN WHICH PAYMENT IS TO BE MADE MAY BE CONVERTED BY THE TORONTO-DOMINION BANK'S
FOREIGN CORRESPONDENTS AT THEIR OPTION INTO THE LOCAL CURRENCY OF SUCH COUNTRY AT
THEIR BUY RATE OF EXCHANGE.  IF FOR ANY REASON PAYMENT CANNOT BE MADE OF ANY
REMITTANCE WHICH HAS BEEN CONVERTED INTO LOCAL CURRENCY BY A FOREIGN CORRESPONDENT,
THE CUSTOMER UNDERSTANDS THAT THE LIABILITY OF THE TORONTO-DOMINION BANK IS LIMITED
TO A SUM NOT IN EXCESS OF THE CURRENT MARKET VALUE IN TORONTO OF THE SAID LOCAL
CURRENCY AT THE TIME A REFUND IS MADE.

I/WE AUTHORIZE YOU TO DEBIT THE ABOVE ACCOUNT AND AGREE TO THE TERMS AND
CONDITIONS.

CUSTOMER SIGNATURE/AUTHORIZED SIGNATURE

FROM :                              FAX NO. :00000000000        Dec. 29 2005 03:47PM  P1

# MILAN PATEL

## FACSIMILE TRANSMITTAL SHEET

| TO:<br>Samuel K. Jacobs | FROM:<br>Milan Patel |
|---|---|
| COMPANY: | DATE:<br>12/29/2005 |
| FAX NUMBER:<br>514-2844342 | TOTAL NO. OF PAGES INCLUDING COVER:<br>5 |
| PHONE NUMBER: | SENDER'S REFERENCE NUMBER:<br>301-379-9292 → |
| | YOUR REFERENCE NUMBER: |

☐ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

**FRONT DESK**

Dear Sir/Madame,

　　　　Please give this fax to Mr. Samuel K. Jacobs  In Room 2008

Thank You

Milan

FROM :                          FAX NO. :00000000000          Dec. 29 2005 03:47PM  P2



## Technical Characteristics - Boeing 767-300ER

### 767-300ER

| | |
|---|---|
| **Passenger Seating Configuration** | |
| Typical 3-class | 218 |
| Typical 2-class | 269 |
| Typical 1-class | up to 351 |
| **Cargo** | 3,770 cu ft (106.8 cu m) |
| **Engines** maximum thrust | Pratt & Whitney PW4062 63,300 lb (281.6 kN) |
| | GE CF6-80C2B7F 62,100 lb (276.2 kN) |
| | Rolls-Royce RB211-524H 59,500 lb (264.7 kN) |
| **Maximum Fuel Capacity** | 23,980 U.S. gal (90,770 l) |
| **Maximum Takeoff Weight** | 412,000 lb (186,880 kg) |
| **Maximum Range** | 6,105 nautical miles (11,305 km) Typical city pairs: Frankfurt to Los Angeles |
| **Typical Cruise Speed at 35,000 feet** | Mach 0.80 530 mph (851 kph) |
| **Basic Dimensions** | |
| Wing Span | 156 ft 1 in (47.6 m) |
| Overall Length | 180 ft 3 in (54.9 m) |
| Tail Height | 52 ft (15.8 m) |
| Interior Cabin Width | 15 ft 6 in (4.7 m) |

Site Terms | Privacy Policy | Contact Us | FAQ

Copyright © 1995 - 2005 Boeing. All Rights Reserved.

GUILLAUME BRIEN, AVOC                    PAGE   02/05

# ...ES OF SAMUEL K. JACOBS

2300 M STREET, NW,   SUITE 800
WASHINGTON, D.C. 20037
TEL: 202-416-1753        FAX: 202-622-0019      EMAIL SJNEJAC@BMSN.COM

May 11, 2006

Mr. Guillaume Brien
Advocat-Attorney
Barreau Du Quebec
180 Rene-Levesque East, Suite #206
Montreal, Quebec, Canada H2X 1N6

RE:  Promissory Note payable to Vijay Patel, and
     *Intent to Sue for Under Racketeering Influenced and Corrupt Organizations*
Act (RICO) for Threat to Murder and Extortion

Dear Sir:

This letter is in response to the email sent to me by Vijay Patel and you on May 10, 2006. Your first letter was not opened by me for almost a month due to my unfortunate fall on the ice on February 13, 2006, at which time i broke 11 bones in my hand and elbow. I have been in extreme pain and under heavy pain relief medication since I fell, and I underwent extensive reconstructive surgery on Friday, February 24, 2006, and another surgery Wednesday, May 3, 2006. I hereby state the following:

1.  Your "client," Vijay Patel has constantly harassed my wife and me since I last visited Canada before this horrendous accident. When I originally attempted to honor the agreement between your "client" Vijay Patel and me, he returned the Promissory Note and Draft to me and stated that he did not want $45,000.00 as the note stated, but would instead demand $100,000.00 since he was out of work. I met the original written obligation and he basically refused to honor the agreement by attempting to extort another $55,000.00 from me.

2.  In March your "client," Vijay Patel, stated that he had been contacted by Jet Airways India to give them information about my wife. He stated that if I paid him he would not talk to representatives from Jet Airways India who would be visiting Canada in two weeks to talk to him. This airline filed a 'Petition to Cancel' my wife's Registered trademark for "JET AIRWAYS" in the United States.

3.  Jet Airways India is owned by Naresh Goyal but is entirely financed by Dawood Ibrahim Kaskar. That while fighting against this trademark cancellation my wife discovered that the Indian airline which filed its 'Petition to Cancel' under JET ENTERPRISES, PVT. LTD., *is an Al Queda entity* directly

Page 1 of 4

Beverly → 2300 - M. Street, NW. suite 800

*financed by the Al Qaeda terrorist Dawood Ibrahim, (a.k.a. Sheikh Dawood Hassan, a.k.a. Dawood Ebrahim), India's Osama BinLaden,*[1] *and the United States has designated Ibrahim as a 'Specially Designated Global Terrorist' under Executive Order 13224.*[2]

4.  Vijay Patel *literally threatened to "tell" them all about me,* and my wife, for a   price. However, I do not know Vijay Patel well enough for him to know anything about me personally and he has never met my wife except when she answered my telephone when I was my arm was broken and I was in the hospital or incommunicado. My wife does not have *any criminal record, and his slanderous, and libelous,* comments insulted her and me. I have reason to believe that Vijay Patel did fly to India and meet *representatives of this Al Qaeda airline* and that he was "rewarded" for his information.

5.  Your "client" is supporting the Al Qaeda by aiding and abetting this Indian airline and I have asked the U.S. Department of the Treasury to add your "client's" name to the list as a 'Specially Designated Global Terrorist.' On may 10, 2006, I  sent this latest missive to me through the internet e-mail where he threatened to murder me and   your letter is attached to it. it is obvious that you are joining him in his criminal acts by supporting his threats to murder me in violation of Title 18 U.S.C.A. § 1951 (Interference with commerce by threats or violence); Title 18 U.S.C.A. § 1113 (Attempt to commit murder or manslaughter);  (Title 18 U.S.C.A. §1117 (Conspiracy to murder); and *Title 18 U.S.C.A.* § 2331 (Definitions) *Domestic Security Enhancement Act* of 2003 (DSEA) or Patriot Act II–January 9, 2003.

6.  If you continue to support Vijay Patel in this venture I shall ask them to also add your name to the 'Specially Designated Global Terrorist.' Since your "client" *has been imprisoned for assaulting his wife, the threat* is taken quite seriously since it comes from a known felon.

7.  Your "client" has also attempted to start an airline with some other persons living in Canada. In the United States *a felon cannot start or be part of* any public airline. Since Vijay Patel is a supporter of Jet Airways India, the ongoing international Al Qaeda airline, I will *inform the Canadian aviation* ministry of his attempt to start another branch of this Al Qaeda airline in Canada.

[1] See Exhibit 'A': "Pakistan after India's 'Osama', too," by Siddharth Srivastava, New Delhi-based journalist, *Asia Times Online Ltd.*, 2004.
[2] See "Exhibit B1': "U.S. DESIGNATES DAWOOD IBRAHIM AS TERRORIST SUPPORTER," FROM THE OFFICE OF PUBLIC AFFAIRS, United States Treasury, October 16, 2003; and, Exhibit B.2: FACT SHEET, www.usembassy.it/file2003.

05/15/2008    GUILLALME BRIEN AVOC    PAGE 04/06

8. Vijay Patel, your "client," also enlisted my services for the formation of this Canadian airline before I was aware of his intentions to join and continue the Al Qaeda operations in North America. He has run up extensive bills for this venture through my contacts who now want to be reimbursed for their professional services.

9. Your "client" used me to run up sizable invoices for attorneys, accountants, and other professionals to assist him in starting up this new Canadian airline venture which has amounted to over $240,000.00 before I realized his involvement with the Al Qaeda. I have been left with these bills by his fraudulent acts while I was extremely injured with my broken arm. Unfortunately, because I was so physically incapacitated I was unable to conduct my business and your "client" took advantage of this situation and the work for his project continued without my knowledge. What about your "client's" bills that he has run up over the last six months? The bills have not stopped coming in so the figures are not complete, but I will submit a counterclaim when I find out the total amount of damages.

10. Your "client" has constantly harassed me and my family by calling at all hours of the night and day every two minutes for hours at a time even after I have talked to him. On May 10, 2006, I received his threatening letter and, therefore, I have had no recourse but to send these letters to the Royal Canadian Mounted Police, the U.S. Federal Bureau of Investigation, and the U.S. Department of Homeland Security since the two of you have threatened to kill me or comment other physical violence through the your letters on the internet. I will consult with the authorities as to when to start extradition proceedings.

Copies of Vijay Patel's e-mails with attachments are being forwarded to the Federal Bureau of Investigation and the Department of Homeland Security and he will be listed on the N.C.I.C. eventually for his violent actions. I will also ask that he be listed with Interpol since his actions are international in scope. Copies of the letters that I am sending to these agencies will be forwarded to you when the time is appropriate.

You state that you are representing Vijay Patel, but he has not allowed you to be the only contact as is usual when an attorney is hired. He has never stopped calling and harassing me and my family through threats and intimidation. My wife told him on the telephone about my broken arm and to please stop calling and ringing the telephone so many times when she was awaiting calls from physicians after I was so severely injured.

My wife told him that I could not respond to anyone and that she would have me  call as soon as I was conscious and able to talk on the telephone, but he failed to stop his incessant stalking. He has put the telephone on two minute intervals for speed dialing for hours at a time and this is documented in my telephone bills since the calls are international. This is wire fraud in

FROM :    FAX NO. : 0000000000    May. 15 2008 12:36PM    P4

GUILLAUME BRIEN AVOC                    PAGE  05/05

conjunction with extortion and threats of violence in violation of Title 18 U.S.C.A. § 1343 (Fraud by wire, radio, or television). I will demand through the court that he be sentenced for up to five years for each telephone call and e-mail that he made while he knew that I was so severely injured.

Vijay Patel has committed the criminal acts stated in this letter, and your letter which he attached to his last written threat indicates that you have conspired with him to attempt murder or other physical violence. You have supported an Al Qaeda terrorist organization by furthering Vijay Patel's acts of extortion through the conspiratorial combination of the two letters. Your client owes me money for his aforementioned debts. Although he has generated a far larger debt than the one he claims against me, I would never threaten to kill anyone for an issue that should be settled through a civil suit.

Everyone deserves the right to hire an attorney to zealously defend them, but if the statements in this letter concerning you are not correct, then respond with a clarification of events. Otherwise, if you continue with Vijay Patel with these threats of murder and physical violence then you will have violated the laws of Canada and the United States through your actions, and I shall report these activities to the proper agencies in Canada.

Sincerely yours,

Samuel K. Jacobs

Cc:  The Honorable Alberto Gonzales
      Attorney General of the United States
      U. S. Department of Justice
      10th Street and Constitution Avenue, NW
      Washington, D.C.   20530

Page 4 of 4

PAGE  06/06

**GUILLAUME BRIEN**
AVOCAT – ATTORNEY
BARREAU DU QUEBEC

RENE-LEVESQUE EAST, SUITE #206
MONTREAL, QUEBEC, CANADA H2X 1N6
Cell: (514) 791-8885 Fax: (514) 807-1773
www.immigration-canada.biz
immigration-canada.biz

Montreal, May 10th, 2006

23t

Fax

Note payable to Vijay Patel

We
r                       our client, Mr. Vijay Patel, to act for him in all matters regarding the
you and made payable to our client ('the holder').

On December 20, 2005, you signed a Promissory Note before M. J. Stecyk, Notary Public for the
state of Maryland. By executing this Promissory Note you obliged yourself to repay the amount of
USD $35,000 on January 17, 2006, in addition to $254.39 in Accrued interest and $9,745.61 in
Additional Fee.

**You are hereby formally put on demand to pay to our client USD $45,000.00 within 10 days
of receiving this letter, in accordance with the above-mentioned Promissory Note.**

If you fail to comply with these presents, we have been instructed to commence all necessary legal
proceedings against you in order to recover all the moneys due to our client. In the event of a
lawsuit exemplary damages in addition to solicitor fees and court costs will be requested.

**DO GOVERN YOURSELF ACCORDINGLY.**

Guillaume Brien
Attorney

From:    "Vijay Patel" <vijay123sonu@yahoo.ca>
To:      "samuel k jacobs" <sinhjacobs@msn.com>
Cc:      <sdatta@totalways.com>
Sent:    Wednesday, May 10, 2006 8:22 PM
Attach:  2LoD_Vijay_Feb8_20082.doc; V.JJACOB.doc
Subject: Final Notice

THIS IS YOUR FINAL NOTICE.

## _Vijay Patel_

_contact :_
**(514) 917 - 0825**
vijay123sonu@gmail.com
vijay123sonu@yahoo.ca

Make free worldwide PC-to-PC calls. Try the new Yahoo Canada Messenger with Voice

FROM :                    FAX NO. :00000000000            Dec. 20 2005 02:52PM P1

# SAMUEL K. JACOBS

## FACSIMILE TRANSMITTAL SHEET

| TO: Vijay Patel | FROM: Samuel K. Jacobs |
|---|---|
| COMPANY: | DATE: 12/20/2005 |
| FAX NUMBER: 514-331-5928 | TOTAL NO. OF PAGES INCLUDING COVER: 2 |
| PHONE NUMBER: 514-334-4078 | SENDER'S REFERENCE NUMBER: |
| RE: Promissory Note | YOUR REFERENCE NUMBER: |

☐ URGENT    ☐ FOR REVIEW    ☐ PLEASE COMMENT    ☐ PLEASE REPLY    ☐ PLEASE RECYCLE

Attention Vijay Patel:

Name and address of account holder:
**Samuel K. Jacobs**
**267 Kentlands Blvd. # 300 Mailbox**  Beneficiary
**Gaithersburg, Maryland 20878**

Maryland Account Number: **1209366497**
Maryland ABA Number: **052002166**
**CITBANK , FSB**
**822-A Rockville Pike**
**Rockville, Maryland 20852**
Swift Code: CITIUS33

The officer at the bank suggested that the funds be transferred to the District
of Columbia Routing Number because all international funds for this region
are remitted first through this routing number and then forwarded to the
various branches.

The Citibank routing number for the District of Columbia is: **254070116.**

Sincerely Yours,
Samuel K. Jacobs

To Proceeds

2300 M STREET NW, SUITE 800, WASHINGTON, D.C. 20037

12/20/2005 TUE 15:40